1  ROBERT WAGGENER - SBN - 118450
   214 DUBOCE AVENUE
2  SAN FRANCISCO, CA 94103
   Phone:      (415) 431-4500
3  Fax:        (415) 255-8631
   E-Mail:     rwlaw@mindspring.com
4
   Attorney for Defendant RUSSELL TAYLOR OTT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 17 533 EMC |
| Plaintiff, | **DEFENDANT RUSSELL TAYLOR OTT'S LETTERS OF SUPPORT RE: DETENTION HEARING** |
| | DATE: December 8, 2017<br>TIME: 9:00 a.m.<br>COURT: HON. Elizabeth D. LaPorte |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant / | |

Defendant RUSSELL TAYLOR OTT hereby submits the following letters of support relating to his upcoming detention hearing. Additional letters may be presented at the hearing.

DATED: December 7, 2017                    Respectfully submitted,

                                           /s/
                                           ROBERT WAGGENER
                                           Attorney for Defendant
                                           RUSSELL TAYLOR OTT

DEFENDANT RUSSELL TAYLOR OTT'S
LETTERS OF SUPPORT RE: DETENTION HEARING

DEFENDANT RUSSELL TAYLOR OTT'S
LETTERS OF SUPPORT RE: DETENTION HEARING
2