# LAW OFFICE OF
# ROBERT WAGGENER

214 Duboce Avenue, San Francisco, CA 94103-1099  (415) 431-4500  FAX (415) 255-8631  rwlaw@mindspring.com

December 11, 2017

Unites States Magistrate Judge Sallie Kim
450 Golden Gate Avenue, Courtroom A, 15th Floor
San Francisco, CA 94102

      Re:   U. S. v. RUSSELL TAYLOR OTT
              No. CR 17 533 EMC

Dear Magistrate Kim,

    This letter is to inform you that William Vincent has decided not to be a surety for Mr. Ott in this matter. We have a court date currently set for this Wednesday at 11:30 - although I do not currently see it on your electronic calendar. Mr. Ott and his family are currently looking in to alternative sureties.

Respectfully,

/s/
Robert Waggener
ATTORNEY FOR RUSSELL TAYLOR OTT

cc: Kevin Barry, AUSA; Erin Cornell, AUSA
    Brad Wilson, USPTS
    William Vincent