UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** 12/13/2017  **Time:** 32 minutes  **Judge:** EDWARD M. CHEN

3:17-cr-00533-EMC -1 - USA v. Jonathan Joseph Nelson
AUSA: Kevin Barry / DEF: Jai Gohel

3:17-cr-00533-EMC-3 - USA v. Russell Allen Lyles, Jr. (custody)
AUSA: Kevin Barry / DEF: Michael Clough

3:17-cr-00533-EMC-4 - USA v. Jeremy Daniel Greer (custody)
AUSA: Kevin Barry / DEF: Peter Arian

3:17-cr-00533-EMC-6 - USA v. Russell Taylor Ott (custody)
AUSA: Kevin Barry / DEF: Robert Waggener

3:17-cr-00533-EMC-7 - USA v. Christopher Ranieri
AUSA: Kevin Barry / DEF: Gary Dubcoff

3:17-cr-00533-EMC-8 - USA v. Damien David Cesena
AUSA: Kevin Barry / DEF: Erick Guzman

3:17-cr-00533-EMC - 9 USA v. Brian Burke
AUSA: Kevin Barry / DEF: Erik Babcock

3:17-cr-00533-EMC - 10  USA v. Jason Cliff
AUSA: Kevin Barry / DEF: Brian Berson

3:17-cr-00533-EMC - 11 USA v. David Salvatore Diaz
AUSA: Kevin Barry / DEF: Harris Taback

**Deputy Clerk:** Betty Lee                **Court Reporter:** Deb Pas
**Interpreter:** N/A                       **Probation Officer:** N/A

## PROCEEDINGS

-Status Conference

## ORDER AFTER HEARING

Government reported that two of the 11 defendants have not appeared yet.  Parties shall meet and confer and to submit a permanent stipulated protective order to this Court by 1/19/18.  Government shall commence production within 30 days of documents such as reports, affidavits and medical records to defendants for attorney's eyes only.  Parties shall meet and confer the scope and sequence of discovery and settlement upon the structure for coordinating discovery (e.g. use of a discovery coordinator.)  Court discussed potential conflicts issue among defense counsel.  The Court directed counsel to file written waivers from conflicting parties in this case and their prior cases, and confirm conflicts are waived.

Further status set for 2/6/18 at 2:00 p.m.  A joint status report shall be filed by 1/30/18.  Time is excluded from today to 2/6/18 for effective preparation of counsel.  Government shall submit a proposed order excluding time to the Court.