UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** 2/6/2018      **Time:** 42 minutes      **Judge:** EDWARD M. CHEN

3:17-cr-00533-EMC -1 - USA v. Jonathan Joseph Nelson
AUSA: Meredith Osborne and Erin Cornell / DEF: Jai Gohel

3:17-cr-00533-EMC-2 - USA v. Raymond Michael Foakes (custody)
AUSA: Meredith Osborne and Erin Cornell / DEF: George Boisseau

3:17-cr-00533-EMC-3 - USA v. Russell Allen Lyles, Jr. (custody)
AUSA: Meredith Osborne and Erin Cornell / DEF: Michael Clough

3:17-cr-00533-EMC-4 - USA v. Jeremy Daniel Greer (custody)
AUSA Meredith Osborne and Erin Cornell / DEF: Peter Arian

3:17-cr-00533-EMC-5 - USA v. Brian Wayne Wendt (custody)
AUSA: Meredith Osborne and Erin Cornell / DEF: Erick Guzman for Martin Sabelli

3:17-cr-00533-EMC-6 - USA v. Russell Taylor Ott (custody)
AUSA: Meredith Osborne and Erin Cornell / DEF: Robert Waggener

3:17-cr-00533-EMC-7 - USA v. Christopher Ranieri
AUSA: Meredith Osborne and Erin Cornell / DEF: Mark Miliotis

3:17-cr-00533-EMC-8 - USA v. Damien David Cesena
AUSA: Meredith Osborne and Erin Cornell / DEF: Erick Guzman

3:17-cr-00533-EMC - 9 USA v. Brian Burke
AUSA: Meredith Osborne and Erin Cornell / DEF: Erik Guzman for Erik Babcock

3:17-cr-00533-EMC - 10  USA v. Jason Cliff
AUSA: Meredith Osborne and Erin Cornell / DEF: Brian Berson

3:17-cr-00533-EMC - 11 USA v. David Salvatore Diaz
AUSA: Meredith Osborne and Erin Cornell / DEF: James Thomson

**Deputy Clerk:** Betty Lee      **Court Reporter:** LeeAnne Shortridge
**Interpreter:** N/A      **Probation Officer:** N/A

## PROCEEDINGS

-Further Status Conference

## ORDER AFTER HEARING

This case is referred to Magistrate Judge Laurel Beeler for resolution of all discovery disputes. Parties shall meet and confer and to submit their differences on the protective order to Judge Beeler by noon 2/9/18.  Discovery hearing is set before Judge Beeler on 2/13/18 at 9:30 a.m. Mr. Arian shall file one waiver of appearances for all defendants for the 2/13/18 hearing.  Judge Chen directed immediate production of documents once the stipulated protective order is in place in addition to non-protected documents.  The government promised to produce immediately after the hearing.

The Court directed counsel to file written waivers from all conflicting parties in this case and their prior cases by 2/16/18.

Further status set for 3/20/18 at 10:00 a.m.  A joint status report shall be filed by 3/13/18. The Court waived the appearances of defendants Diaz, Ranieri and Greer at the 3/20/18 hearing.

Defendant Cesena's motion to compel is denied as moot without prejudice.

Time is excluded from today to 3/20/18 for effective preparation of counsel.  Government shall submit a proposed order excluding time to the Court.  Parties shall meet and confer to determine how to handle exclusion going forward.

cc: Elaine