ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com

Attorney for Defendant RUSSELL OTT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-17-0533 EMC |
| Plaintiff, | **[PROPOSED]** ORDER MODIFYING RELEASE CONDITIONS |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

Good causing appearing therefore, following a hearing conducted on July 9, 2018,

**IT IS HEREBY ORDERED** that the conditions of release for defendant Russell Taylor Ott are modified such that Mr. Ott is allowed to reside at the residence at 121 Lark Center Drive in Santa Rosa, California, rather than the GEO Care Residential Reentry Center (GEO Care Center) at 111 Taylor Street in San Francisco. In addition, Ms. Susan Madieros shall act as Mr. Ott's third party custodian.

All other conditions of Mr. Ott's release are to remain in effect.

Dated: July 9, 2018

_____
SALLIE KIM
United States Magistrate Judge

[PROPOSED] ORDER RE MODIFICATION
OF RELEASE CONDITIONS