1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant RUSSELL OTT

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA              No. CR-17-0533 EMC

12                  Plaintiff,            **STIPULATION AND [PROPOSED]**
                                          **ORDER MODIFYING PRETRIAL**
13         v.                             **RELEASE CONDITIONS**

14  RUSSELL TAYLOR OTT,

15                  Defendant.
                                      /
16

17         **IT IS HEREBY STIPULATED** by and between the parties that the following

18  modification can be made to the conditions of release for defendant Russell Taylor Ott in the

19  above entitled case.

20         Defendant Russell Taylor Ott is allowed to work for his brother Terry Ott's drywall

21  company, T L Ott Drywall, located at 1109 Piner Creek, Santa Rosa, CA 95401 as a drywall

22  installer and finisher. Defendant Ott is to cooperate with Pretrial Services and comply with any

23  reporting and notification requirements set out by Pretrial Services as to his employment.

24         Counsel Robert Waggener has verified that United States Pretrial Services Officer Josh

25  Libby has no objection to the proposed modification of Mr. Ott's release conditions and that he

26  has verified with Terry Ott that he is willing and able to employ his brother, Russell Ott.

27

28

**STIP & [PROPOSED] ORDER RE**
**MODIFICATION OF RELEASE CONDITIONS**

All other conditions of Mr. Ott's release conditions are to remain in effect.

Dated: August 22, 2018

/s/
ROBERT WAGGENER
Attorney for Defendant

Dated: August 22, 2018

/s/
MEREDITH OSBORN
Assistant United States Attorney

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED**

Dated: August 23, 2018

SALLIE KIM
United States Magistrate Judge