| | |
|---|---|
| 1 | ROBERT WAGGENER - SBN: 118450 |
| | LAW OFFICE OF ROBERT WAGGENER |
| 2 | 214 Duboce Avenue |
| | San Francisco, California 94103 |
| 3 | Phone:        (415) 431-4500 |
| | Fax:            (415) 255-8631 |
| 4 | E-Mail:       rwlaw@mindspring.com |

Attorney for Defendant RUSSELL TAYLOR OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. CR 17 533 EMC |
| | Plaintiff, | **NOTICE OF MOTION AND MOTION TO MODIFY RELEASE BOND** |
| v. | | Date:  August 30, 2018 |
| RUSSELL TAYLOR OTT, | | Time:  11:00 a.m. |
| | | Crtrm: A (Magistrate Judge Sallie Kim) |
| | Defendant. | |

**TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY AND MEREDITH OSBORNE; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that on August 30, 2018, at 11:00 a.m., or as soon thereafter as the matter can be heard in Courtroom A of the above entitled Court, Defendant, RUSSELL TAYLOR OTT, through his attorney will move the Court to modify his release bond to discontinue the GPS electronic monitoring restriction and change it to a curfew for Mr. Ott. This suggested modification is approved by Pretrial Services given Mr. Ott's track record of compliance with all the previously imposed conditions of his pretrial release.

This motion is based on this Notice, the records and files in this action, all applicable law, and or such further pleadings and arguments as may be presented before and at the hearing of this matter.

**MOTION FOR MODIFICATION OF BOND**

## INTRODUCTION

Defendant RUSSELL TAYLOR OTT was arrested in late November of 2017. He was originally ordered detained in December, 2017. (Dkt. Nos. 77, 85) On May 10, 2018 Defendant Ott requested the court to reconsider the earlier detention order based upon new information and sureties prepared to secure his release. (Dkt. No. 262) On May 15, 2018, the Court set release conditions for Mr. Ott based on a secured bond of $510,000.00. (Dkt. No 266) With the posting of the security, Mr. Ott was released to the halfway house on Monday, May 21, 2018.

On July 9, 2018, pursuant to defense motion and the concurrence of Pretrial Services, Mr. Ott's release conditions were modified to allow him to move to Santa Rosa from the halfway house, and to live in the residence of Susan Madieros. ( Dkt. No. 308 ) The lockdown GPS electronic monitoring condition remained.

Mr. Ott has been in complete compliance with his release conditions. United States Pretrial Services officer Josh Libby is supervising and monitoring Mr. Ott. Defendant Ott has a long work history as a drywall installer/finisher. In recent months, Mr. Ott had been speaking to Mr. Libby about returning to the work force and specifically going to work for his brother who owns a drywall company in Santa Rosa, Terry Ott. Last week, after speaking with Terry Ott (who is also a surety for the defendant), Mr. Libby sent defense counsel an email stating: "Just got off the phone with Terry Ott. I'm satisfied with the information he provided and I have no opposition to Russell being allowed to leave home for work. In addition, after reviewing this case with a supervisor, I wouldn't be opposed to revisiting the electronic monitoring condition . Given his track record of compliance and now the availability of full time employment, I think we can continue to successfully monitor him without the electronic monitoring condition."

Following up on the above email, the government was asked if they would stipulate to either of the two modifications, employment permission and/or curfew rather than electronic monitoring. The government agreed that Mr. Ott could go to work for his brother, and that modification was accomplished by stipulation and order at the end of last week. (Dkt. No. 345) Defendant Ott now moves to modify his electronic monitoring lockdown condition.

The current GPS electronic monitoring lockdown condition is that Mr. Ott is confined to the residence of Susan Madieros, except for medical, legal or employment purposes, or for unique permitted occasions, such as a funeral service. Mr. Ott has also been allowed to regularly attend AA meetings. Sixty-four year old Mr. Ott has been completely compliant with all of his release and reporting conditions. He has tested clean for every drug test, and has a solid, positive relationship with Mr. Libby. The Court is reminded that Mr. Ott has two young, school age children that he has been able to reunite with now that he is back in Santa Rosa, and by all reports he is a loving, caring father to all of his children. He is now back in a position where he can earn some money to support himself and his family. Mr. Ott is well aware that any variance from his tight set of restrictions could land him back in jail, and he is not about to take that risk. It is submitted that Mr. Ott has earned a greater degree of freedom where he can actually spend time with his children and family outside the constraints of staying within the walls of the Madieros residence. Lifting the lockdown condition will allow him for example to shop for himself, or go to a park, a library or school, or a movie with his family. Under the circumstances, it is entirely just and appropriate to lift the GPS lockdown condition.

Dated: August 28, 2018          Respectfully submitted,

                                              /s/
                                ROBERT WAGGENER
                                Attorney for Defendant
                                RUSSELL TAYLOR OTT