**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Sallie Kim<br>U.S. Magistrate Judge | **RE:** | OTT, Russell |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:17-cr-00533-EMC-6 |
| **Date:** | 8/30/18 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Josh Libby                                        (415) 436-7501

**U.S. PRETRIAL SERVICES OFFICER**         **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    A.    **The defendant shall be subject to Global Positioning System (GPS) monitoring and he shall adhere to a curfew from 9:30 p.m. to 6:00 a.m.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

*/s/ Sallie Kim*                                        August 30, 2018
**JUDICIAL OFFICER**                            **DATE**
Magistrate Judge Sallie Kim