ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:    (415) 431-4500
Fax:      (415) 255-8631
E-Mail:   rwlaw@mindspring.com

MARCIA ANN MORRISSEY- SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064
Phone:    (310) 399-3259
Fax:      (310) 392-9029
E-Mail:   morrisseyma@aol.com

Attorneys for Defendant RUSSELL TAYLOR OTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RUSSELL TAYLOR OTT,<br><br>　　　　　　　Defendant.<br>_____/ | No. CR 17 0533 EMC<br><br>**SUPPLEMENTAL EXHIBITS TO MOTION TO REVOKE DETENTION ORDER ISSUED BY MAGISTRATE JUDGE**<br><br>Date:  January 8, , 2019<br>Time:  1:30 p.m.<br>Crtrm: U.S. District Judge Chen |

TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY AND MEREDITH OSBORNE; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant Russell Ott presents these supplemental exhibits to the previously filed motion to revoke the detention order in his case.

Dated: January 8, 2019.                                    Respectfully submitted,

          /s/ Robert Waggener
Robert Waggener
Attorney for Defendant
RUSSELL TAYLOR OTT


/s/
MARCIA MORRISSEY
Attorney for Defendant
RUSSELL TAYLOR OTT

# T L OTT DRYWALL

1109 Piner Creek Dr., Santa Rosa, Ca. 95401

License # 316554

(707) 217-3061

Jan. 4, 2019

To Whom it may concern:

I am Terry L. Ott, Russell's older brother and owner of T L Ott Drywall. I would like to say that while Russell was out on bail and in my employment, it was a pleasure to be around him. He has such a positive attitude and sense of humor. He is such an inspiration to the rest of the Crew. Very punctual and meticulous with his work. His presence took a heck of a load off me and the crew. I do hope he will be released on bail and allowed to work until his innocence has been established.

Thank You,

Terry L. Ott

Jan. 6, 2019

To the Honorable Judge Chen,

Hello, I am Russell Ott's daughter Kristina. I'm writing you today because i think it's only fair that you know the truth about what could happen when a Hells Angel, facing life and certain death in prison is released from custody pending trial. Now, what is true for this Hells Angel might not be true for any other, but this one here can heal children's broken hearts.

I don't want to take a lot of your time, so I'm just going to show you a single text, sent to my sister while discussing what would be important for you to know about our dad, that we hadn't written in earlier letters. When I sent the following message, my sister replied, "tell him what you just told me." So here it is.

"I loved how when lil Daniel went over (to moms) he would get excited because- you know how dad acts all goofy and stuff-freak! so dan would get to listen to loud music, he would dance and do projects with his grandpa. I was surprised at the strength of the bond they created in such a short amount of time. All the kids really had fun with him. Like him and Marcos had a sleepover with just the two of them and it was so good for Marcos since his father isn't around. Alivia sent him a little letter, letting him know how much she misses him and wishes he could get out because she loved having him around. it was the first time they actually got to have a relationship and he is the only grandpa she has left. He definitely created new happy and healthy bonds with them. I want to tell the judge he is greatly missed and needed back home. It broke my heart seeing how sad his great-grandson was when he came over and asked for grandpa and we had to tell him he went away."

Respectfully yours,

Kristina Ott

To whom it may concern,

Hello, my name is Michael Buford. I am the oldest grandson of Rusty Ott. When he came to live with my grandma for a while last year it was such a positive thing for my family. He really changed the mood around here, sort of reminded us that we are a family unit, and to spend time together doing things. He makes everyone laugh, or just gets the conversation going. I know he helped my grandma a lot. He did the little jobs she needed done but didnt know how to do.  He made repairs and painted the house. He also babysat my cousin. For me it was especially nice having another man around. He gave me lots of good advice and got me a job doing construction. He talked a lot about his regrets of not being a better father and encouraged me to take the steps needed in order to see my 5 year old daughter again. It had been two and a half years since I had contact with her, and partly because of him, she and I were reunited on Dec. 22 and I have seen her regularly ever since. Please take this into consideration when deciding if you will give him another chance to come home while he waits for trial.

Thank you,

Michael Buford