1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:          (415) 431-4500
   Fax:            (415) 255-8631
4  E-Mail:         rwlaw@mindspring.com

5  Attorney for Defendant RUSSELL OTT

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA              No. CR-17-0533 EMC

12                          Plaintiff,    **STIPULATION AND [~~PROPOSED~~]**
                                          **ORDER MODIFYING TRAVEL**
13              v.                        **CONDITIONS**

14  RUSSELL TAYLOR OTT,

15                          Defendant.
                                        /
16

17         **IT IS HEREBY STIPULATED** by and between the parties that the following

18  modifications can be made to the conditions of release for defendant Russell Taylor Ott in the

19  above entitled case.  These modifications are for Mr. Ott to address insurance needs for his

20  medical and dental issues, and to allow Mr. Ott to resume attending AA meetings in March given

21  his performance on release.

22         After working out the logistics, location, and scheduling with United States Pretrial

23  Services, and with their permission, Mr. Ott is allowed to travel to the following locations:

24  1)     A local Social Security office so that Mr. Ott can continue the process of setting up Medi-

25         Care coverage for his medical treatment and expenses;

26  2)     A local California Health and Human Services office so that Mr. Ott can set up Medi-Cal

27         coverage for his dental treatment and expenses. ( Medi-Care does not cover his dental

28         treatment.)

1     In addition, at the discretion of United States Pretrial Services and based on Mr. Ott's

2 continued compliance with his release conditions, after March 1, 2019 Mr. Ott is allowed to

3 attend AA meetings after securing the permission of United States Pretrial Services and

4 providing any requested logistical information regarding the meetings.

5     Counsel Robert Waggener has verified that United States Pretrial Services Officer Josh

6 Libby has no objection to the proposed modifications of Mr. Ott's release conditions, and that

7 Mr. Ott is otherwise in compliance with his release conditions.

8     All other conditions of Mr. Ott's release conditions are to remain in effect.

9

10

11 Dated: February 15, 2019                           /s/
                                      ROBERT WAGGENER

12                                       Attorney for Defendant
                                      RUSSELL TAYLOR OTT

13

14

15 Dated: February 15, 2019                           /s/
                                        MEREDITH OSBORN

16                                       Assistant United States Attorney

17

18                                 **[~~PROPOSED~~] ORDER**

19

20

21     **IT IS SO ORDERED.**

22

23 Dated: <u>February 19, 2019</u>                                       
                                      SALLIE KIM
                                      United States Magistrate Judge

24

25

26

27

28