| | |
|---|---|
| 1 | ROBERT WAGGENER - SBN: 118450 |
| | LAW OFFICE OF ROBERT WAGGENER |
| 2 | 214 Duboce Avenue |
| | San Francisco, California 94103 |
| 3 | Phone: (415) 431-4500 |
| | Fax: (415) 255-8631 |
| 4 | E-Mail: rwlaw@mindspring.com |

Attorney for Defendant RUSSELL OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-17-0533 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of release for defendant Russell Taylor Ott in the above entitled case.

Defendant Russell Taylor Ott is allowed to return to work for his brother Terry Ott's drywall company, T L Ott Drywall, located at 1109 Piner Creek, Santa Rosa, CA 95401 as a drywall installer and finisher on Monday through Friday. Mr. Ott is allowed to work, but a curfew is set for Monday through Friday such that defendant Ott is confined to 121 Lark Center Drive in Santa Rosa, California from 6:00 p.m. to 6:00 a.m.. On weekends Mr. Ott shall remain on electronic lockdown at the Lark Center Drive residence, except that Mr. Ott is allowed to attend AA meetings as approved by Pretrial Services. Defendant Ott is to cooperate with Pretrial Services and comply with any reporting and notification requirements set out by Pretrial Services as to his employment.

**STIP & [PROPOSED] ORDER RE
MODIFICATION OF RELEASE CONDITIONS**

Counsel Robert Waggener has verified that United States Pretrial Services Officer Josh Libby has no objection to the proposed modification of Mr. Ott's release conditions and that he has verified with Terry Ott that he is willing and able to employ his brother, Russell Ott.

All other conditions of Mr. Ott's release conditions are to remain in effect.

Dated: April 1, 2019

/s/
ROBERT WAGGENER
Attorney for Defendant

Dated: April 1, 2019

/s/
MEREDITH OSBORN
Assistant United States Attorney

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: April 2, 2019

SALLIE KIM
United States Magistrate Judge