ROBERT WAGGENER - SBN - 118450
214 DUBOCE AVENUE
SAN FRANCISCO, CA 94103
Phone:     (415) 431-4500
Fax:       (415) 255-8631
E-Mail:    rwlaw@mindspring.com

Attorney for Defendant RUSSELL TAYLOR OTT

MARCIA ANN MORRISSEY- SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
11400 W. Olympic Blvd., STE 1500
LOS ANGELES, CA 90064

Attorney for Defendant RUSSELL TAYLOR OTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17 533 EMC |
|---|---|
| Plaintiff, | **DEFENDANT RUSSELL TAYLOR OTT'S NOTICE OF JOINDER IN THE MOTION FOR A CASE MANAGEMENT ORDER (DOC. NO. 630) FILED BY CODEFENDANT WENDT** |
| v. | |
| **RUSSELL TAYLOR OTT,** | |
| Defendant | Date : May 16, 2019<br>Time : 10:00 a.m.<br>Dept. : Courtroom B<br>Magistrate Judge Laurel Beeler |

**TO:   THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY AND MEREDITH OSBORN; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendant RUSSELL TAYLOR OTT, by and through his counsel of record, Robert Waggener and Marcia Morrissey, hereby join in the motion for a case management order (Doc. Nos. 630, 631) filed by defendant BRYAN WAYNE WENDT

DEFENDANT RUSSELL TAYLOR OTT'S
Notice of Joinder in Case Management Order
(Doc. No. 630) filed by Co-Defendant Wendt

("Defendant Wendt") on April 19, 2019. Understanding the general assumption of joinder attendant to the pleadings in this case, defendant Ott provides the following additional factual information:

As the Court is no doubt aware, defendant Russell Ott is the third death eligible defendant in the Nelson case.  To date, there has been no dialogue with the government as to the "seek/no-seek" recommendation issue, and there have been no requests for submission of materials on behalf of defendant Ott.  Of course counsel for defendant Ott are preparing to address the death eligibility issue, but we have no problem sequentially deferring to the processes in place, or to be put in place,  for Messrs. Wendt and Nelson, both of whom are in custody.  With that being said, defendant Ott joins in the case management requests made by defendant Wendt to assure a reasonable and orderly process for addressing the procedural, factual, and legal issues attendant to the death penalty allegations lodged against Mr. Ott. The motion for production of crime facts reports or an informative outline, and for the setting of specified dates for certain death penalty related decisions makes absolute sense in this case and there is precedential authority for making such an order.

DATED: May 15, 2019                                        Respectfully submitted,

                                                                             /s/
                                                                           ROBERT WAGGENER
                                                                           Attorney for Defendant
                                                                           RUSSELL TAYLOR OTT


                                                                             /s/
                                                                           MARCIA MORRISSEY
                                                                           Attorney for Defendant
                                                                           RUSSELL TAYLOR OTT

---

DEFENDANT RUSSELL TAYLOR OTT'S
Notice of Joinder in Case Management Order
(Doc. No. 630) filed by Co-Defendant Wendt