1  JAMES S. THOMSON
   California SBN 79658
2  Attorney and Counselor at Law
   732 Addison Street, Suite A
3  Berkeley, California 94710
   Telephone: (510) 525-9123
4  Facsimile:  (510) 525-9124
   Email: james@ycbtal.net
5
   Attorney for Defendant
6  DAVID SALVATORE DIAZ, III

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | **Case No. 4:17-cr-00533 EMC** |
| 13      Plaintiff, | **DEFENDANTS DAVID DIAZ, III'S AND RANDY OTT'S OPPOSITION TO** |
| 14  vs. | **TRIAL SETTING AT THIS TIME** |
| 15  DAVID SALVATORE DIAZ, III, | **Date: May 28, 2019**<br>**Time: 2:30 P.M.** |
| 16      Defendants. | Judge: Hon. Edward M. Chen |
| 17 | |

18      David Diaz, III and Randy Ott respectfully oppose the setting of a trial date at this

19  time.

20      Mr. Diaz and Mr. Ott primarily oppose the setting of a trial date at this time due to

21  the need to complete: (1) the government's ongoing production of general, searches and

22  electronic discovery; (2) the defense viewing of a substantial amount of non-motorcycle

23  evidence (over 190 line entries of evidence); (3) the government's laboratory analysis of a

24  wide ranging amount of evidence; (4) the corresponding defense analysis and testing of

25  the laboratory evidence once produced; (5) the defense litigation of motions, including,

26  but not limited to, motions for discovery, motions for bills of particulars and motions to

27  suppress, exclude and return evidence; and (6), as to Mr. Ott, the need to develop and

28  present the submission, which may bear on the decision whether to seek the death penalty,

for the consideration of the United States Attorney for the Northern District of California, and if necessary, the Attorney General's Review Committee on Capital Cases, the Deputy Attorney General, the Capital Case Section, and any other individual or office involved in reviewing the case, and ultimately, the Attorney General.

DATED: May 26, 2019                                  Respectfully submitted,

*/s/ James Thomson*

JAMES THOMSON
Attorney for David Diaz, III

DATED: May 26, 2019

*/s/ Robert Waggener*

*/s/ Marcia Morrissey*

ROBERT WAGGENER
MARCIA MORRISSEY
Attorneys for Randy Ott