ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant RUSSELL OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-17-0533 EMC |
| Plaintiff, | **[PROPOSED]** ORDER MODIFYING RELEASE CONDITIONS |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

Good causing appearing therefore, following a hearing conducted on June 6, 2019,

**IT IS HEREBY ORDERED** that the conditions of release for defendant Russell Taylor Ott are modified such that he has a general curfew between the hours of 8:00 p.m. to 6:00 a.m. from Monday through Sunday. He is still subject to electronic monitoring and is to continue to notify United States Pretrial Services of his employment assignments and travel outside of his residence, including time spent with his children. Mr. Ott continues to be allowed to attend AA meetings with notification to, and the permission of, United States Pretrial Services. It is understood that travel to and from and attendance at AA meetings can be an exception to the 8:00 p.m. curfew.

//

//

[PROPOSED] ORDER RE MODIFICATION
OF RELEASE CONDITIONS

All other conditions of Mr. Ott's release are to remain in effect.

Dated: June 7, 2019

SALLIE KIM
United States Magistrate Judge