ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:     (415) 431-4500
Fax:       (415) 255-8631
E-Mail:    rwlaw@mindspring.com

Attorney for Defendant RUSSELL OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-17-0533 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of release for defendant Russell Taylor Ott in the above entitled case.

Defendant Russell Taylor Ott is allowed to take his two younger children to the Destruction Derby at the Sonoma County Fairgrounds on the evening of August 11, 2019. The event ends at approximately 11:00 p.m. Defendant Ott's curfew is modified from its normal 10:00 p.m. deadline in order to allow him to attend the event and return home by 12:30 a.m. on August 12, 2019. This will allow Mr. Ott time to exit the event and travel back to his home and drop off his children. This is a one time modification to allow Mr. Ott to continue a tradition forged with he and his children.

Defendant Ott is to cooperate with Pretrial Services and comply with any reporting and

**STIP & [PROPOSED] ORDER RE
MODIFICATION OF RELEASE CONDITIONS**

notification requirements set out by Pretrial Services.

Counsel Robert Waggener has verified that United States Pretrial Services Officer Josh Libby has no objection to the proposed modification of Mr. Ott's release conditions.

All other conditions of Mr. Ott's release conditions are to remain in effect.

Dated: August 8, 2019          /s/
                               ROBERT WAGGENER
                               Attorney for Defendant

Dated: August 8, 2019          /s/
                               KEVIN BARRY
                               Assistant United States Attorney

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED**

Dated: August 9, 2019          *Sallie Kim*
                               SALLIE KIM
                               United States Magistrate Judge