ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:	(415) 431-4500
Fax:	(415) 255-8631
E-Mail:	rwlaw@mindspring.com

Attorney for Defendant RUSSELL OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-17-0533 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of release for defendant Russell Taylor Ott in the above entitled case.

Defendant Russell Taylor Ott is allowed to return to the Santa Rosa apartment where he was living when he was arrested on this case in November of 2017. The apartment is located at 129 Carillo Street, Santa Rosa, California, 94501. Mr. Ott will be living there with his daughter, Raya Alexandra Ott, age 19. Raya is currently employed and also attending Santa Rosa Junior College. United States Pretrial Service's Josh Libby has no objection to Mr. Ott living at 129 Carillo Street and the release bond being modified. Mr. Ott remains employed by his brother, has been in complete compliance with his release conditions, and regularly attends AA meetings.

With the modification of release conditions such that Mr. Ott is allowed to move to 129

Carillo Street, it is agreed and stipulated that Susan Madieros be taken off Mr. Ott's release bond as a custodian. Mr. Ott will no longer be living at the residence of Ms. Madieros.

It is agreed that with the removal of Susan Madieros as the custodian on the release bond that Mr. Ott's daughter, Raya Alexandra Ott, will become a custodian for Mr. Ott. This modification of the release conditions for Mr. Ott will not take place until Raya Alexandra Ott appears before Magistrate Judge Kim and signs the release bond and is admonished as to her responsibilities as a custodian.

As indicated previously, counsel Robert Waggener has verified that United States Pretrial Services Officer Josh Libby has no objection to the proposed modifications of Mr. Ott's release conditions and his release bond.

All other conditions of Mr. Ott's release conditions are to remain in effect, specifically including electronic monitoring and a curfew.

Dated: September 10, 2019      /s/
                                               ROBERT WAGGENER
                                               Attorney for Defendant

Dated: September 10, 2019      /s/
                                               KEVIN BARRY
                                               Assistant United States Attorney

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: _____

                                               SALLIE KIM
                                               United States Magistrate Judge

STIP & [PROPOSED] ORDER
RE: MODIFICATION OF RELEASE CONDITIONS
AND RELEASE BOND                    -2-