ROBERT WAGGENER - SBN - 118450
214 DUBOCE AVENUE
SAN FRANCISCO, CA 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com

Attorney for Defendant RUSSELL TAYLOR OTT

MARCIA ANN MORRISSEY- SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
11400 W. Olympic Blvd., STE 1500
LOS ANGELES, CA 90064

Attorney for Defendant RUSSELL TAYLOR OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL TAYLOR OTT,<br><br>　　　　Defendant<br>_____/ | **No. CR 17 533 EMC**<br><br>**DEFENDANT RUSSELL TAYLOR OTT'S JOINDER IN DIAZ BRIEF RE: DEFENDANTS' RIGHT TO BE PRESENT AT THE ENTERPRISE EXPERTS *DAUBERT* HEARING [Dkt. No. 1019]**<br><br>Date : May 1, 2020<br>Time : 1:30 p.m.<br>Ctrm: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

**TO:   THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY AND AJAY KRISHNAMURTHY; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

DEFENDANT OTT'S JOINDER IN DIAZ BRIEF [Dkt. No. 1019]

PLEASE TAKE NOTICE that Defendant RUSSELL TAYLOR OTT, by and through his counsel of record, Robert Waggener and Marcia Morrissey, hereby joins Defendant David Diaz, III's Individual Brief Re Defendant's Right To Be Present At the Enterprise Experts *Daubert* Hearing. [Dkt. No. 1019]  Defendant Ott has constitutional rights under the Fifth and Sixth Amendments and a statutory right under Rule 43 to be present at the Enterprise Experts *Daubert* hearing.  Mr. Ott does not waive his right to be physically present for either the direct or the cross-examinations of the proposed enterprise experts.

DATED: April 24, 2020                    Respectfully submitted,

                                                         /s/
ROBERT WAGGENER
Attorney for Defendant
RUSSELL TAYLOR OTT

                                                         /s/
MARCIA MORRISSEY
Attorney for Defendant
RUSSELL TAYLOR OTT