ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com

MARCIA ANN MORRISSEY- SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
11400 W. Olympic Blvd., STE 1500
LOS ANGELES, CA 90064
Phone:        (310) 399-3259
Fax:          (310) 392-9029
E-Mail:       morrisseyma@aol.com

Attorneys for Defendant RUSSELL OTT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-17-0533 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT RUSSELL OTT** |
| v. | |
| RUSSELL TAYLOR OTT, et al | |
| Defendants. / | |

This Stipulation and Proposed Order is to allow Defendant Russell Ott to associate with elderly Hells Angels members Charles "Chuck" Thompson and Ernie Begins. Mr. Ott has been very close with both men for nearly 50 years, both are in their seventies, and both have serious health problems. Because two co-Defendants, Damien Cesena and Brian Burke, already have permission to associate with Mr. Thompson and Mr. Begins under certain circumstances (Dkt. Nos. 990, 1062, 1086), and because of the living situation of Mr. Thompson, there are agreed upon limitations on the ability of Defendant Ott to meet with Mr. Thompson and Mr. Begins.

1   **IT IS HEREBY STIPULATED** by and between the parties that the following
2   modifications can be made to the conditions of release for defendant Russell Taylor Ott in the
3   above entitled case.
4       Defendant Russell Ott is allowed to associate with Charles "Chuck" Thompson and Ernie
5   Begins. Mr. Ott can associate with Mr. Thompson and Mr. Begins at the same time, but is not
6   allowed to associate with either man at the same time as Defendant Brian Burke or Defendant
7   Damien Cesena. Mr. Ott's association with Mr. Thompson and Mr. Begins is to be independent
8   from Defendants Burke and Cesena.
9       It is understood that Mr. Thompson is presently living at the Sonoma County Hells
10  Angels clubhouse at 516 Frazier Avenue in Santa Rosa. Defendant Ott is able to visit Mr.
11  Thompson at this clubhouse, but not when any other Hells Angels are also present.
12      Counsel Robert Waggener has verified that United States Pretrial Services Officer Josh
13  Libby has no objection to the proposed modifications of Mr. Ott's release conditions and his
14  release bond.
15      All other conditions of release not inconsistent with this order shall remain in full force
16  and effect.

18  DATED: September 9, 2020      /s/ Robert Waggener
                                ROBERT WAGGENER
19                              Attorney for Defendant Ott

20  DATED: September 9, 2020      /s/ Kevin Barry
21                              KEVIN BARRY
                                Assistant U.S. Attorney

24  **IT IS SO ORDERED**.

26  DATED: _____       _____
27                              SALLIE KIM
                                United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF RELEASE        -2-