ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant RUSSELL OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-17-0533 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of release for defendant Russell Taylor Ott in the above entitled case.

Defendant Russell Taylor Ott is allowed to move to 2247 Knolls Drive, Santa Rosa, California 95405, from 129 Carrillo Street in Santa Rosa, California. Mr. Ott has been living with his 20 year old daughter, Raya Alexander Ott, at the Carrillo Street residence.

The Knolls Drive residence is owned by Mr. Ott's former wife, Raya Alexander. Ms. Alexander recently passed away unexpectedly, and Mr. Ott is helping to arrange the affairs of Ms. Alexander, including a probate action. Mr. Ott will be living at the Knolls Drive residence with his 17 year old son, Kerney, who is a senior in high school. Kerney had been living at Knolls Drive with his mother.

Mr. Ott's daughter, Raya Alexandra Ott, is his custodian on his release bond. Raya will

continue to live at the 129 Carillo Street residence and will remain as Mr. Ott's custodian. The Knolls Drive and Carrillo Street residences are approximately five miles from one another.

Counsel Robert Waggener has verified that United States Pretrial Service's officer Josh Libby has no objection to Mr. Ott living at 2247 Knolls Drive and Raya Alexander Ott remaining as Mr. Ott's custodian, and the release bond being modified accordingly. Mr. Libby has confirmed to counsel Robert Waggener that as a general practice he periodically reaches out to custodians of defendants under his supervision, and that would be his continuing practice with Raya Alexander Ott. Counsel Robert Waggener has spoken to defendant Russell Ott and he confirms that he speaks to, or spends time with his daughter on a daily basis.

All other conditions of Mr. Ott's release conditions are to remain in effect.

**SO STIPULATED.**

DATED: February 5, 2021  /s/
ROBERT WAGGENER
Attorney for Defendant

DATED: February 5, 2021  /s/
KEVIN BARRY
Assistant United States Attorney

[PROPOSED] ORDER

**IT IS SO ORDERED**

DATED: February 5, 2021  
SALLIE KIM
United States Magistrate Judge