| | |
|---|---|
| JOHN T. PHILIPSBORN - SBN 83944 | MARCIA A. MORRISSEY - SBN 66921 |
| Law Offices of JOHN T. PHILIPSBORN | 11400 W. Olympic Blvd., Ste 1500 |
| 507 Polk Street, Suite 350 | Los Angeles, CA 90064 |
| San Francisco, CA 94102 | (310) 399-3259 |
| (415) 771-3801 | morrisseyma@aol.com |
| jphilipsbo@aol.com | Attorney for RUSSELL OTT |
| Attorney for BRIAN WAYNE WENDT | |
| | JAI M. GOHEL - SBN 170782 |
| K. ALEXANDRA McCLURE - 189679 | 819 Eddy Street |
| Law Offices of ALEXANDRA McCLURE | San Francisco, CA 94109 |
| 214 Duboce Avenue | (415) 771-6714 |
| San Francisco, CA 94103 | jaigohel@rocketmail.com |
| (415) 814-3397 | Attorney for JONATHAN NELSON |
| alex@alexmcclurelaw.com | |
| Attorney for BRIAN WAYNE WENDT | RICHARD G. NOVAK - SBN 149303 |
| | P.O. Box 5549 |
| ROBERT WAGGENER - SBN 118450 | Berkeley, CA 94705 |
| Law Offices of ROBERT WAGGENER | 626-578-1175 |
| 214 Duboce Ave | Richard@RGNLaw.com |
| San Francisco, CA 94103-1008 | Attorney for JONATHAN NELSON |
| (415) 431-4500 | |
| rwlaw@mindspring.com | |
| Attorney for RUSSELL OTT | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN JOSEPH NELSON, et al.,<br><br>Defendants. | **Case No. CR-17-00533-EMC**<br><br>**JOINT GROUP ONE NOTICE OF COURT'S REQUESTED "BELLWETHER" OBJECTIONS**<br><br>**Date: March 18, 2022**<br>**Time: 10:00AM**<br>**Dept: The Honorable Edward M. Chen**<br>      **District Judge** |

**JOINT GROUP ONE LIST OF COURT'S REQUESTED "BELLWETHER" OBJECTIONS**

1

TO: THIS HONORABLE COURT; TO COUNSEL FOR THE GOVERNMENT:

The Group One defense has received the Court's request for a list of fifteen "bellwether" trial objections, which this Court ordered to be filed by March 15, 2022. Counsel for Jon Nelson, Russell Ott and Brian Wendt discussed the Court's request in an attempt to provide the Court with a list of some of the most common objections that counsel anticipate will be made at the upcoming trial of the Group One accused. As Group One understood the Court's request, these objections are associated with the government's proposed exhibits as listed in the most recent exhibit list. The objections would also apply to testimony related to the exhibits. The Group One defense, as argued in previous options to sever, is not a "joint defense" given that each accused has different interests, but in the interest of providing the Court with a list, and for purposes of this pleading only, Mssrs. Nelson, Ott and Wendt submit this joint list of potential trial objections:

1. Relevance
2. Lack of foundation
3. Cumulative (*e.g.*, photographs of firearm, numerous member photos, group photos, racist/distasteful imagery etc)
4. Hearsay (and multiple levels of hearsay within documents) (*e.g.*, medical records, texts/chats, jail letters)
5. Rule 403 – unduly prejudicial (*e.g.*, jail letters, racist imagery, news articles, photos)
6. Rule 404(b)
7. Lack of authentication of documents
8. Improper character evidence -Rule 404(a)
9. Improper opinion testimony – Rule 701
10. Speculation
11. Rule 801(d)(2)(E) (not properly a co-conspirator statement)
12. Confrontation Clause, United States Constitution, Amendment VI

13. Argumentative (*e.g.,* the Sparano Power Point presentation)

14. Rule 602 – Lack of personal knowledge

15. Rule 803 – Lack of trustworthiness

Finally, there are numerous categories of "exhibits" on the current United States' Exhibit List that are in fact large quantities of documents. The government has failed to properly identify which portion of these materials is the actual trial exhibit sufficient to enable the Group One defense to properly make objections (*e.g.*, data extracted from a device, medical records, large collections of videos, numerous groups of unattributed writings and notebooks, disparate writings without a preparation date, and/or documents with indecipherable text and/or incoherent content).  The Group One defense reserves its right to make further objections as it deems appropriate at trial.

Dated: March 15, 2022            Respectfully Submitted,

JOHN T. PHILIPSBORN
K. ALEXANDRA McCLURE
ROBERT WAGGENER
MARCIA MORRISSEY
RICHARD G. NOVAK
JAI GOHEL

by   */s/ K. Alexandra McClure*
Attorney for Brian Wayne Wendt