ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:          (415) 431-4500
Fax:            (415) 255-8631
E-Mail:         rwlaw@mindspring.com

MARCIA ANN MORRISSEY- SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
11400 W. Olympic Blvd., STE 1500
LOS ANGELES, CA 90064
Phone:          (310) 399-3259
Fax:            (310) 392-9029
E-mail:         morrisseyma@aol.com

Attorney for Defendant RUSSELL TAYLOR OTT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 17 533 EMC |
| Plaintiff, | **TRIAL GROUP ONE JOINT OBJECTION TO TRIAL EXHIBIT 52** |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

TO:  THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY, AJAY KRISHNAMURTHY AND LINA PENG; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Today, April 21, 2022, the government provided notice to Nelson Trial Group One that it intends to call witness Nick Esquada, a CalFire investigator, to testify on April 22, 2022, and introduce exhibit GX 52, 98 photographs of a burned truck registered to Joel Silva.

All defendants object to the admission of all of exhibit GX 52 on the grounds that the full set of photographs are cumulative and unnecessary. There is no dispute as to the condition of the

**TRIAL GROUP ONE JOINT
OBJECTION TO TRIAL EXHIBIT 52**

1 | burned truck discovered by authorities, and there is no need for 98 separate photographs to be
2 | introduced.
3 |     A separate issue to be taken up by the Court is the failure of the government to give two
4 | day notice of the intent to introduce specific co-conspirator statements through the witnesses it
5 | intends to call.

7 | Dated: April 21, 2022                    Respectfully submitted,

8 |                                          _____/s/_____
                                             ROBERT F. WAGGENER
9 |                                          MARCIA M. MORRISSEY
                                             Attorneys for Russell T. Ott

**TRIAL GROUP ONE JOINT**
**OBJECTION TO TRIAL EXHIBIT 52**     -2-