1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:       (415) 431-4500
   Fax:         (415) 255-8631
4  E-Mail:      rwlaw@mindspring.com

5  MARCIA ANN MORRISSEY- SBN: 66921
   LAW OFFICE OF MARCIA ANN MORRISSEY
6  11400 W. Olympic Blvd., STE 1500
   LOS ANGELES, CA 90064
7  Phone:       (310) 399-3259
   Fax:         (310) 392-9029
8  E-mail:      morrisseyma@aol.com

9  Attorney for Defendant RUSSELL TAYLOR OTT

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14  UNITED STATES OF AMERICA,           No. CR 17 533 EMC

15                 Plaintiff,           **TRIAL GROUP ONE JOINT**
                                        **OBJECTION TO TRIAL EXHIBITS FOR**
16          v.                          **APRIL 25, 2022**

17  RUSSELL TAYLOR OTT,

18                 Defendant.
                                     /
19

20  TO:   THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF
          CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY,
21        AJAY KRISHNAMURTHY AND LINA PENG; AND TO THE CLERK OF THE
          ABOVE-ENTITLED COURT:
22

23       On April 21, 2022 the government provided notice to Nelson Trial Group One that it

24  intends to call a series of witnesses (Brittany Tolman, Beth Alvarez, Stacy Silva, Stevie Silva,

25  Richard Fenton, Stephen Mertz, and Joseph Atneosen) and introduce approximately 25 exhibits.

26  (United States' Witness and Exhibit List: April 25, 2022)

27

28

**TRIAL GROUP ONE JOINT OBJECTION**
**TO TRIAL EXHIBITS (4/25/22)**

All defendants objects to the admission of part or all of exhibits listed below, associated with the identified witness, based on the stated grounds. Separate pleadings have been filed on behalf of all defendants regarding Exhibits GX 1423, GX 151, and GX 152, to be introduced through witnesses Stacy Silva and Stevie Silva, and Joseph Atneosen. (ECF Nos. 2599, 2603)

**WITNESS BRITTANY TOLMAN**

Exhibits: GX 58 (culled), 980, 183, 185, 1413, 589, 619, 680, 684, 713, 788, 795, 804, 800, 817, 840, 842, 849.

All of these exhibits are either groups of photographs or single photographs. Various objections are noted below.

GX 58 - This exhibit is 169 photos (after culling) of a residence connected to defendant Russell Lyles. This particular exhibit was one of the defense "bellwether" exhibits, and was discussed earlier in the week. The parties were asked to meet and confer regarding the exhibit. An email was sent to the government noting objections to particular photographs (HA-0026727, HA-0026735 - 0026742, HA-0026743) on April 20, 2022, and the defense has yet to receive a response. Beyond objections to the specifically identified photographs based on FRE and 403 grounds, the defense objects to the large set of photos as cumulative.

GX 980 (HA-00134573 - HA-134584). GX 980 is the grand jury testimony of Brittany Tolman. The identified Bates numbers are 11 photos attached as exhibits to the grand jury testimony. The defense objects to the admission of the photos until foundation for the exhibits is established.

GX 183, 184, 185. These exhibits are each single photos showing multiple Hells Angels members, including some of the defendants. The defense objects on foundation grounds.

GX 1413. This is a recently produced exhibit consisting of over 25 separate photos labeled "Selected HASC Photos"[1]. Each photos is a single PDF, with the exception that one PDF contains 3 photos. The photos show a wide variety of individuals in a variety of locations (e.g. a

---

[1] The first of these photos is also GX 193, which was excluded earlier today based on late disclosure for the witness testifying today.

**TRIAL GROUP ONE JOINT OBJECTION
TO TRIAL EXHIBITS (4/25/22)**                -2-

1  wedding, a funeral, a cemetery photos, a prison photo). A couple of the photos have a date, but
2  most do not. The defense objects to the admission of the wholesale group of photos until
3  foundation for each of the individual photos is established.
4       GX 589, GX 619, GX 680, GX 684, GX 713, GX 788, GX 795, GX 804, GX 800, GX
5  817, GX 840, GX 842, GX 849. Each of these exhibits is a separate photo that was apparently
6  found on electronic devices allegedly connected to defendants Damien Cesena and Russell Lyles.
7  The first two photos were reportedly found on a hard drive connected to Damien Cesena, and the
8  others are connected to either a hard drive or laptop associated with Russell Lyles. The defense
9  objects to the admission of the wholesale group of photos until foundation for each of the
10 individual photos is established. There are underlying issues relating to the specifics of the
11 electronic devices, the context of the various files/photos, and metadata associated with the
12 files/photos. The defense also objects to two of the photos on FRE 403 grounds, HA-00001309
13 (funeral photo) and HA-00001323 (prison photo). It is also noted that at some point the repeated
14 introduction of photographs of individual members becomes cumulative.
15      GX 680 and GX 842. Group One lodges a separate objection to these two exhibits as
16 being cumulative and unduly prejudicial due to their visual depiction of irrelevant depictions of
17 what appears to be nitrous oxide possession by various inividuals.
18 **WITNESS BETH ALVAREZ**
19 Exhibits: GX 1415
20      This exhibit consists of 190 photos of another residence connected to Russell Lyles. The
21 defense objects on the basis that the majority of the photos are irrelevant and cumulative, and the
22 set of photos should be substantially culled. In addition, the defense objects to four specific
23 photos, HA-00046063 (Confederate flag), HA-00046142 (White Power), HA-00046158 (Nazi
24 flag), and HA-00046171 (framed "Wanted" poster).
25 **WTNESSES RICHARD FENTON AND STEPHEN MERTZ**
26 Exhibits GX 1, 1414, 976, 572, 580, 616, 619, 620, 632, 634, 669.
27
28

**TRIAL GROUP ONE JOINT OBJECTION
TO TRIAL EXHIBITS (4/25/22)**     -3-

1       For the most part these photos relating to the two witnesses overlap, and consist of
2 various photos that include an image of Joel Silva, with the exception of GX 1414 and GX 976
3 (HA-00134379), which are pictures of a motorcycle. The foundation for GX 1414 and GX 976
4 has not been established.[2] The defense objects to the admission of the wholesale group of photos
5 until foundation for each of the individual photos is established. There are underlying issues
6 relating to the specifics of the electronic devices, the context of the various files/photos, and
7 metadata associated with the files/photos. The defense also objects to two of the photos on FRE
8 403 grounds, HA-00001309 (funeral photo) and HA-00001323 (prison photo). It is also noted
9 that at some point the repeated introduction of photographs of alleged victim Joel Silva becomes
10 cumulative. The defense is not disputing his standing as an active HASC member in 2014.

11       The photos other than GX1414 all appear to be derived from three separate hard drives
12 allegedly connected to defendant Damien Cesena.

14 Dated: April 22, 2022                           Respectfully submitted,

15                                                 /s/
                                     ROBERT F. WAGGENER
16                                  MARCIA M. MORRISSEY
                                 Attorneys for Russell T. Ott

---

[2] GX 976 is the grand jury testimony of witness Stephen Mertz. HA-00134379 is one of three photos of motorcycles, the first two being the two photos in GX 1414, that are attached as exhibits to the grand jury testimony of Mr. Mertz.

**TRIAL GROUP ONE JOINT OBJECTION
TO TRIAL EXHIBITS (4/25/22)**       -4-