1   ROBERT WAGGENER - SBN: 118450          RICHARD G. NOVAK - SBN 149303
    LAW OFFICE OF ROBERT WAGGENER          P.O. Box 5549
2   214 Duboce Avenue                      Berkeley, Ca 94705
    San Francisco, California 94103        (626) 578-1175
3   Phone:      (415) 431-4500             Richard@RGNLaw.com
    Fax:        (415) 255-8631             Attorney for JONATHAN NELSON
4   E-Mail:     rwlaw@mindspring.com
    Attorney for Defendant RUSSELL T. OTT  JAI M. GOHEL SBN 170782
5                                          819 Eddy Street
    MARCIA ANN MORRISSEY- SBN: 66921       San Francisco, CA 94109
6   LAW OFFICE OF MARCIA ANN MORRISSEY     (415) 771-6714
    11400 W. Olympic Blvd., STE 1500       Jaigohel@rocketmail.com
7   LOS ANGELES, CA 90064                  Attorney for JONATHAN NELSON
    Phone:      (310) 399-3259
8   Fax:        (310) 392-9029             K. ALEXANDRA McCLURE -SBN 189679
    E-mail:     morrisseyma@aol.com        214 Duboce Avenue
9   Attorney for Defendant RUSSELL TAYLOR OTT  San Francisco, CA 94103
                                           (415) 814-3397
10  JOHN T. PHILIPSBORN - SNB 83944        alex@alexmcclurelaw.com
    Law Offices of JOHN T. PHILIPSBORN     Attorney for BRIAN WAYNE WENDT
11  507 Polk Street, Suite 350
    San Francisco, CA 94102
12  (415) 771-3801
    jphilipsbo@aol.com
13  Attorney for BRIAN WAYNE WENDT

14

**IN THE UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

**SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No.  CR 17 00533 EMC** |
| Plaintiff, | **EXHIBIT TO GROUP ONE DEFENSE OBJECTIONS TO (1) ADMITTING THE GOVERNMENTS CELL PHONE POWERPOINT GX127 INTO EVIDENCE; (2) OBJECTION TO PARTICULAR ENTRIES ON GX127 (ECF 2697)** |
| v. | |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |
| _____/ | |

18
19
20
21
22
23
24

**Dept: The Honorable Edward M. Chen**
**United States District Judge**

25
26   **TO:   THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF
        CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS KEVIN BARRY,
27      AJAY KRISHNAMURTHY AND LINA PENG; AND TO THE CLERK OF THE
        ABOVE-ENTITLED COURT:**

28

**EXHIBIT TO GROUP ONE GX 127 CAST REDACTION PLEADING (ECF 2697)**

1    Over the weekend the parties met and conferred regarding redactions to the CAST

2    Presentation (GX 127) pursuant to the Court's Order re Admission of CAST Presentation (ECF

3    2682) and the discussions at the conclusion of the trial proceedings on May 13, 2022. On Sunday

4    the government proposed the redaction of four slides of the presentation (39, 41, 42, 49). In

5    response, Group One provided the government with its own Proposed Defense Redaction of

6    CAST Presentation, and filed a pleading explaining the various proposed redactions, "Group One

7    Defense Objections to (1) Admitting the Governments Cell Phone Powerpoint Gx127 into

8    Evidence; (2) Objection to Particular Entries on Gx127".  ECF 2697. Last night, the government

9    filed "United States' Response to Defense CAST Exhibit Redactions (ECF 2697)". ECF 2699.

10    Attached hereto is the Proposed Defense Redaction of CAST Presentation that was

11    forwarded to the government and is the subject of pleadings 2697 and 2699.

12

13

14

15    Dated: May 16, 2022                                Respectfully submitted,

16                                                  _____/s/_____
                                                   ROBERT F. WAGGENER
17                                                 MARCIA M. MORRISSEY
                                                   JOHN T. PHILIPSBORN
18                                                 K. ALEXANDRA McCLURE
                                                   JAI M. GOHEL
19                                                 RICHARD G. NOVAK

20

21                                                 By: /s/ Robert F. Waggener
                                                   ROBERT F. WAGGENER
22                                                 On Behalf of Group One Defense

23

24

25

26

27

28

**EXHIBIT TO GROUP ONE GX 127 CAST REDACTION PLEADING (ECF 2697)**

# FBI CELLULAR ANALYSIS SURVEY TEAM
## HISTORICAL CELL SITE ANALYSIS



## TELEPHONES NUMBERS ANALYZED

| | | |
|---|---|---|
| 707-484-8852 | 559-940-1293 | 707-695-8288 |
| 949-500-2629 | 707-536-8170 | 707-393-0727 |
| 559-741-6282 | 707-849-1008 | 781-309-8997 |
| 559-679-3936 | 559-749-1246 | 650-271-6050 |
| | 707-529-7774 | |

**Special Agent Meredith Sparano Stanger**
**Federal Bureau of Investigation – San Francisco**

**Date of Report: March 1, 2021**          **Case ID: 281P-SF-5626535**

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

Exhibit 127

HA-00073708

HA-00142343

# Historical Cell Site Analysis

## 1.        Background

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the North Bay Safe Streets Task Force to analyze cell phone records for AT&T telephone numbers: **707-484-8852**, **949-500-2629**, **559-741-6282**, **559-679-3936**, **559-940-1293**, **707-536-8170**, **707-849-1008**, and **559-749-1246** ("target cell phones"), and telephones **707-529-7774**, **707-695-8288**, **707-393-0727**, **781-309-8997**, and **650-271-6050** ("other pertinent phones"), pursuant to an on-going investigation involving a suspected homicide that occurred on or about July 15, 2014 in the vicinity of Fresno, California.

## 2.        Methodology

An analysis was performed on the call detail records obtained for the target cell phones and the connectivity among other pertinent phones. The call detail records documented the network interactions to and from the target cell phones. Additionally, the records documented the cell tower and cell sector ("cell site") which served the target cell phones during this activity. Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the target cell phones when contact was initiated with the network.

## 2.1.        Cell Site Locations

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider. The cell sites associated with the target cell phones were located utilizing the mapping software and the cell site data was plotted for Voice and SMS contacts of the target cell phones.

## 3.        Conclusion

A historical cell site analysis was performed on the call detail records for the target cell phones. The methods detailed in Sections 2 and 2.1 were used to produce the following historical cell site analysis maps.

**NOTE**: All times listed herein are in the local time zone unless otherwise noted. All maps are oriented north.

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

Exhibit 127

HA-00073709

HA-00142344



# Sample Cell Towers

3



**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

Exhibit 127

HA-00073710

HA-00142345



Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

Exhibit 127

HA-00073711

HA-00142346

5

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

Exhibit 127

HA-00073712

HA-00142347

 ## Summary of Target/Pertinent Phones and Associated Users

| Sector Key | Phone | Associated User | Provider |
|---|---|---|---|
|  | 707-484-8852 | Joel Silva | AT&T |
|  | 949-500-2629 | Levi Phipps | AT&T |
|  | 559-741-6282 | Robbie Huff | AT&T |
|  | 559-679-3936 | Brian Wendt | AT&T |
|  | 559-940-1293 | Merl Hefferman | AT&T |
|  | 707-536-8170 | Rusty Ott | AT&T |
|  | 707-849-1008 | Jonathan Nelson | AT&T |
|  | 559-749-1246 | Tiofilo Bueno | AT&T |

The following pertinent phones are included in this analysis based on connectivity with the target phones:

| Phone | Associated User |
|---|---|
| 707-529-7774 | Damien Cesena |
| 707-695-8288 | Jeremy Greer |
| 707-393-0727 | Nick Carrillo |
| 781-309-8997 | Christopher Ranieri |
| 650-271-6050/650-270-4840 | Kimberly Schwarze |

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

HA-00142348

# Summary of AT&T Towers and Mapped Locations
# in and around Lynn, Massachusetts



Ranieri Residence
38 Great Woods Road, Lynn, MA

Salem HAMC Clubhouse
19 Fayette Street, Lynn, MA

AT&T Tower

Exhibit 127

HA-00073714

HA-00142349

# Summary of AT&T Towers and Mapped Locations in and around Healdsburg, California



**Nelson Residence**
226 Twin Oaks Drive,
Healdsburg, CA

● AT&T Tower

Exhibit 127

HA-00073715
HA-00142350

# Summary of AT&T Towers and Mapped Locations in and around Santa Rosa, California



Exhibit 127

HA-00073716

HA-00142351

# Summary of AT&T Towers and Mapped Locations in and around Fresno, California



**Car Drop**
Palm Avenue btwn Hwy 152 & Hutchins Road, Dos Palos, CA

**Phipps Residences**
P1: 5155 North Fresno Street, Fresno, CA
P2: 1457 West Calimyrna Ave, Fresno, CA (mother)

**Hefferman Residences**
M1: 1514 Fallbrook Ave, Clovis, CA
M2: 1517 Lincoln Ave, Clovis, CA

**Huff Residences**
H1: 3188 West Dudley Ave, Fresno (mother)
H2: 4036 E. Cortland Ave, Fresno, CA

**California Crematory**
1553 North Backer Ave, Fresno, CA

**Yost & Webb Funeral Home**
1002 T Street, Fresno, CA

**Fresno HAMC Clubhouse**
2273 South G Street, Fresno, CA

**Wendt Residences**
W1: 910 Warren Court, Tulare, CA
W2: 2410 W Sonora Ave, Tulare, CA

**Pottersville Pet Cemetery**
242 North Hughes Ave, Fresno, CA

● AT&T Tower

Exhibit 127

HA-00073717

HA-00142352

# Summary of AT&T Towers and Mapped Locations
# in and around Fresno, California



Exhibit 127

HA-00073718

HA-00142353

**Historical Cell Site Analysis:** July 14, 2014 from 8:00 AM to 4:00 PM (EDT)

**Cell Site & Call/SMS Activity for 559-679-3936 (Wendt)**

12



Lynn, MA

*Times reflect Eastern Time Zone*

**①**

CIDs: 42609, 30573, 573

8:54 AM (2 contacts)
9:43 AM
11:51 AM (2 contacts)
12:06 PM
12:07 PM (2 contacts)
12:44 PM
12:51 PM (2 contacts)
2:58 PM

● AT&T Tower

| ConnDateTime(PDT) | ConnDateTime(EDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Call Type |
|---|---|---|---|---|---|---|
| 7/14/2014 6:43 AM | 7/14/2014 9:43 AM | 15596793936 | WENDT | 17078491008 | NELSON | SMS |
| 7/14/2014 8:58 AM | 7/14/2014 11:58 AM | 17078491008 | NELSON | 15596793936 | WENDT | SMS |
| 7/14/2014 9:07 AM | 7/14/2014 12:07 PM | 17078491008 | NELSON | 15596793936 | WENDT | SMS |
| 7/14/2014 11:57 AM | 7/14/2014 2:57 PM | 17078491008 | NELSON | 17813098997 | RANIERI | Voice |
| 7/14/2014 11:58 AM | 7/14/2014 2:58 PM | 17078491008 | NELSON | 15596793936 | WENDT | Voice |

Exhibit 127

HA-00073719

HA-00142354



**Santa Rosa, CA**
**1:00 PM – 1:30 PM (PDT)**

**Lynn, MA**
**4:00 PM – 4:30 PM (EDT)**

① CIDs: 26534, 3774
1:02 PM
1:11 PM
1:16 PM

② CID: 169097231
1:04 PM

③ CID: 6361
1:03 PM

④ CIDs: 169077777, 28856
1:11 PM
1:18 PM
1:28 PM

① CID: 34663
4:04 PM

② CIDs: 7613, 31613
4 contacts
4:16 PM – 4:17 PM

| | ConnDateTime(PDT) | ConnDateTime(EDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Call Type |
|---|---|---|---|---|---|---|---|
| ① | 7/14/2014 1:04 PM | 7/14/2014 4:04 PM | 15596793936 | WENDT | 17078491008 | NELSON | Voicemail |
| | 7/14/2014 1:16 PM | 7/14/2014 4:16 PM | 17078491008 | NELSON | 15596793936 | WENDT | Voicemail |

● **AT&T Tower**

Exhibit 127

HA-00073720
HA-00142355

**Historical Cell Site Analysis:** July 14, 2014 from 4:30 PM (EDT) to 11:59 PM (PDT)    14
**Cell Site & Call/SMS Activity for 559-679-3936 (Wendt)**



*Times reflect Pacific Time Zone (PDT)*

*Times reflect Eastern Time Zone (EDT)*

**3** CID: 89328
4 contacts
9:44 PM

**4** CID: 592
10:28 PM

**5** CID: 85943
30 contacts
10:30 PM – 11:11 PM

**6** CID: 59773
11:18 PM

**1** CIDs: 21291, 5158, 61291
34 contacts
4:55 PM – 5:57 PM

**2** CIDs: 63381, 23388, 58544, 63382
8 contacts
6:16 PM – 6:52 PM

● AT&T Tower

| ConnDateTime(PDT) | ConnDateTime(EDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/14/2014 1:55 PM | 7/14/2014 4:55 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | Voice |
| 7/14/2014 1:56 PM | 7/14/2014 4:56 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 2:19 PM | 7/14/2014 5:19 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:18 | Voicemail |
| 7/14/2014 2:31 PM | 7/14/2014 5:31 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 2:34 PM | 7/14/2014 5:34 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 2:36 PM | 7/14/2014 5:36 PM | 15596793936 | WENDT | 15597416282 | HUFF | 5:17 | Voice |
| 7/14/2014 2:37 PM | 7/14/2014 5:37 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/14/2014 2:38 PM | 7/14/2014 5:38 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 2:42 PM | 7/14/2014 5:42 PM | 15596793936 | WENDT | 17078491008 | NELSON | 2:06 | Voice |
| 7/14/2014 2:46 PM | 7/14/2014 5:46 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/14/2014 2:48 PM | 7/14/2014 5:48 PM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 2:50 PM | 7/14/2014 5:50 PM | 17078491008 | NELSON | 17813098997 | RANIERI | 3:43 | Voice |

Exhibit 127                                    HA-00073721

HA-00142356

**Historical Cell Site Analysis:** July 14, 2014 between 12:00 PM and 12:45 PM

**Cell Site & Call/SMS Activity for 949-500-2629 (Phipps) and 559-940-1293 (Hefferman)**

15



Fresno, CA

CID: 39249
12:47 PM

CID: 24691
12:29 PM (2 contacts)
12:32 PM
12:33 PM (2 contacts)
12:34 PM (2 contacts)
12:35 PM
12:36 PM (2 contacts)
12:37 PM

CID: 22591
12:33 PM
12:35 PM

● AT&T Tower

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Call Type |
|---|---|---|---|---|---|
| 7/14/2014 12:33 PM | 15599401293 | HEFFERMAN | 19495002629 | PHIPPS | Voicemail |
| 7/14/2014 12:35 PM | 15599401293 | HEFFERMAN | 19495002629 | PHIPPS | Voice |

Exhibit 127

HA-00073722

HA-00142357

## Historical Cell Site Analysis: July 14, 2014 from 12:00 AM to 11:15 AM (PDT)

### Connectivity of Call/SMS Activity among Target/Pertinent Phones

16

| ConnDateTime(PDT) | ConnDateTime(EDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/14/2014 12:11:00 AM | 7/14/2014 3:11:00 AM | 17078491008 | NELSON | 15596793936 | WENDT | 1:28 | Voice |
| 7/14/2014 12:12:00 AM | 7/14/2014 3:12:00 AM | 15597416282 | HUFF | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 12:27:00 AM | | 17075368170 | OTT | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 12:28:00 AM | | 17074848852 | SILVA | 17075368170 | OTT | 0:00 | SMS |
| 7/14/2014 12:29:00 AM | | 17075368170 | OTT | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 12:31:00 AM | | 17074848852 | SILVA | 17075368170 | OTT | 0:00 | SMS |
| 7/14/2014 12:32:00 AM | | 17074848852 | SILVA | 17075368170 | OTT | 0:00 | SMS |
| 7/14/2014 12:33:00 AM | | 17075368170 | OTT | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 12:34:00 AM | | 17074848852 | SILVA | 17075368170 | OTT | 0:00 | SMS |
| 7/14/2014 12:36:00 AM | | 17075368170 | OTT | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 1:32:39 AM | | 17078491008 | NELSON | 17076958288 | GREER | 0:49 | Voice |
| 7/14/2014 1:36:40 AM | | 17076958288 | GREER | 17078491008 | NELSON | 0:36 | Voice |
| 7/14/2014 6:36:17 AM | | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |
| 7/14/2014 6:36:18 AM | | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |
| 7/14/2014 6:43:00 AM | 7/14/2014 9:43:00 AM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 7:19:37 AM | | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/14/2014 7:19:56 AM | | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 5:44 | Voice |
| 7/14/2014 8:08:11 AM | | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:32 | Voicemail |
| 7/14/2014 8:58:00 AM | 7/14/2014 11:58:00 AM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 9:07:00 AM | 7/14/2014 12:07:00 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 9:59:00 AM | | 17075368170 | OTT | 17074848852 | SILVA | 2:29 | Voice |
| 7/14/2014 10:04:48 AM | | 17078491008 | NELSON | 17073930727 | CARRILLO | 0:03 | Voice |
| 7/14/2014 10:11:52 AM | | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 10:40:00 AM | | 17074848852 | SILVA | 17076958288 | GREER | 1:35 | Voice |
| 7/14/2014 11:05:29 AM | | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 11:08:44 AM | | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |

Exhibit 127

HA-00073723

HA-00142358



## Historical Cell Site Analysis: July 14, 2014 from 11:15 AM to 2:32 PM (PDT)
## Connectivity of Call/SMS Activity among Target/Pertinent Phones

17

| ConnDateTime(PDT) | ConnDateTime(EDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/14/2014 11:19:00 AM | | 17075297774 | CESENA | 17074848852 | SILVA | 0:05 | Voicemail |
| 7/14/2014 11:33:30 AM | | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 11:34:29 AM | | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |
| 7/14/2014 11:34:49 AM | | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 11:44:45 AM | | 15597416282 | HUFF | 15597491246 | BUENO | 1:46 | Voice |
| 7/14/2014 11:53:00 AM | | 17078491008 | NELSON | 17075368170 | OTT | 2:01 | Voice |
| 7/14/2014 11:57:42 AM | 7/14/2014 2:57:42 PM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | Voice |
| 7/14/2014 11:58:00 AM | 7/14/2014 2:58:00 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | Voice |
| 7/14/2014 12:04:07 PM | | 17078491008 | NELSON | 17075297774 | CESENA | 7:19 | Voice |
| 7/14/2014 12:14:27 PM | | 17075297774 | CESENA | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 12:33:16 PM | | 15599401293 | HEFFERMAN | 19495002629 | PHIPPS | 0:01 | Voicemail |
| 7/14/2014 12:35:03 PM | | 15599401293 | HEFFERMAN | 19495002629 | PHIPPS | 0:00 | Voice |
| 7/14/2014 12:58:58 PM | | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |
| 7/14/2014 1:00:50 PM | | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 1:01:51 PM | | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |
| 7/14/2014 1:03:31 PM | | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 1:04:00 PM | 7/14/2014 4:04:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:01 | Voicemail |
| 7/14/2014 1:11:15 PM | | 17075368170 | OTT | 17078491008 | NELSON | 0:42 | Voicemail |
| 7/14/2014 1:16:00 PM | 7/14/2014 4:16:00 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:04 | Voicemail |
| 7/14/2014 1:18:43 PM | | 17078491008 | NELSON | 17075368170 | OTT | 0:57 | Voice |
| 7/14/2014 1:25:00 PM | | 17074848852 | SILVA | 17075297774 | CESENA | 3:57 | Voice |
| 7/14/2014 1:45:58 PM | | 17076958288 | GREER | 17078491008 | NELSON | 0:36 | Voice |
| 7/14/2014 1:55:00 PM | 7/14/2014 4:55:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | Voice |
| 7/14/2014 1:56:00 PM | 7/14/2014 4:56:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 2:19:00 PM | 7/14/2014 5:19:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:18 | Voicemail |
| 7/14/2014 2:31:00 PM | 7/14/2014 5:31:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |

Exhibit 127

HA-00073724
HA-00142359

**Historical Cell Site Analysis:** July 14, 2014 from 2:32 PM to 4:52 PM (PDT)    18
**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

| ConnDateTime(PDT) | ConnDateTime(EDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/14/2014 2:34:00 PM | 7/14/2014 5:34:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/14/2014 2:36:00 PM | 7/14/2014 5:36:00 PM | 15596793936 | WENDT | 15597416282 | HUFF | 5:17 | Voice |
| 7/14/2014 2:37:07 PM | 7/14/2014 5:37:00 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/14/2014 2:38:00 PM | 7/14/2014 5:38:00 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 2:42:00 PM | 7/14/2014 5:42:00 PM | 15596793936 | WENDT | 17078491008 | NELSON | 2:06 | Voice |
| 7/14/2014 2:45:58 PM | | 17078491008 | NELSON | 17076958288 | GREER | 0:34 | Voice |
| 7/14/2014 2:46:00 PM | 7/14/2014 5:46:00 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/14/2014 2:48:00 PM | 7/14/2014 5:48:00 PM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 2:50:56 PM | 7/14/2014 5:50:56 PM | 17078491008 | NELSON | 17813098997 | RANIERI | 3:43 | Voice |
| 7/14/2014 2:53:00 PM | 7/14/2014 5:53:00 PM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/14/2014 2:53:00 PM | 7/14/2014 5:53:00 PM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/14/2014 2:54:00 PM | 7/14/2014 5:54:00 PM | 15599401293 | HEFFERMAN | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 3:26:26 PM | | 17078491008 | NELSON | 17075297774 | CESENA | 2:42 | Voice |
| 7/14/2014 3:34:46 PM | | 17076958288 | GREER | 17078491008 | NELSON | 3:29 | Voice |
| 7/14/2014 3:38:14 PM | | 17075368170 | OTT | 17078491008 | NELSON | 5:28 | Voice |
| 7/14/2014 3:55:55 PM | | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:55 | Voice |
| 7/14/2014 4:14:00 PM | | 17078491008 | NELSON | 17074848852 | SILVA | 0:00 | Voice |
| 7/14/2014 4:16:43 PM | | 17078491008 | NELSON | 17076958288 | GREER | 0:32 | Voice |
| 7/14/2014 4:31:05 PM | | 17074848852 | SILVA | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/14/2014 4:31:13 PM | | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/14/2014 4:32:02 PM | | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 4:32:12 PM | | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/14/2014 4:44:00 PM | | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 4:45:00 PM | | 17074848852 | SILVA | 17075297774 | CESENA | 1:14 | Voice |
| 7/14/2014 4:51:00 PM | | 17078491008 | NELSON | 17074848852 | SILVA | 0:00 | Voice |

Exhibit 127

HA-00073725

HA-00142360

**Historical Cell Site Analysis:** July 14, 2014 from 4:52 PM to 11:59 PM (PDT)

19

**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/14/2014 4:53:00 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:34 | Voice |
| 7/14/2014 4:54:00 PM | 17074848852 | SILVA | 17078491008 | NELSON | 2:48 | Voice |
| 7/14/2014 5:01:00 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 5:01:00 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 5:26:00 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:32 | Voice |
| 7/14/2014 6:43:00 PM | 17074848852 | SILVA | 17076958288 | GREER | 1:10 | Voice |
| 7/14/2014 6:54:00 PM | 17076958288 | GREER | 17074848852 | SILVA | 1:31 | Voice |
| 7/14/2014 7:47:50 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:03 | Voicemail |
| 7/14/2014 8:48:47 PM | 17078491008 | NELSON | 17075297774 | CESENA | 7:01 | Voice |
| 7/14/2014 8:53:00 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:32 | Voice |
| 7/14/2014 8:56:00 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:49 | Voice |
| 7/14/2014 9:56:39 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/14/2014 9:57:00 PM | 17074848852 | SILVA | 17076958288 | GREER | 0:17 | Voice |
| 7/14/2014 9:59:54 PM | 15597416282 | HUFF | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 10:28:00 PM | 15597416282 | HUFF | 15596793936 | WENDT | 0:00 | SMS |
| 7/14/2014 11:04:03 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 11:10:29 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:12 | Voicemail |
| 7/14/2014 11:10:45 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:04 | Voicemail |
| 7/14/2014 11:10:56 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 1:15 | Voice |
| 7/14/2014 11:30:33 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 11:32:11 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/14/2014 11:33:05 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/14/2014 11:54:00 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 11:54:00 PM | 17075368170 | OTT | 17076958288 | GREER | 7:58 | Voice |
| 7/14/2014 11:55:00 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/14/2014 11:55:00 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:00 | SMS |

Exhibit 127



**Historical Cell Site Analysis**: July 15, 2014 from 12:00 AM to 10:00 AM

**Cell Site Activity for 707-484-8852 (Silva)**

20

Santa Rosa, CA

**1** CIDs: 28985, 44503, 3305
7 contacts
8:39 AM – 9:22 AM

**2** CID: 42703
9:28 AM

**3** CID: 74703
9:29 AM

**4** CID: 77777
2 contacts
9:30 AM

AT&T Tower

Exhibit 127

HA-00073727

HA-00142362



**Historical Cell Site Analysis: July 15, 2014 from 12:00 AM to 8:30 AM**
**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

21

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 12:16 AM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 12:22 AM | 15596793936 | WENDT | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 1:13 AM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/15/2014 6:53 AM | 17813098997 | RANIERI | 17078491008 | NELSON | 0:00 | SMS |
| 7/15/2014 7:03 AM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 7:07 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 7:08 AM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 7:28 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 7:47 AM | 17813098997 | RANIERI | 17078491009 | NELSON | 0:00 | SMS |
| 7/15/2014 7:48 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 7:54 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 8:02 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 8:04 AM | 17813098997 | RANIERI | 17078491010 | NELSON | 0:00 | SMS |
| 7/15/2014 8:04 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 8:08 AM | 17813098997 | RANIERI | 17078491011 | NELSON | 0:00 | SMS |
| 7/15/2014 8:10 AM | 17078491008 | NELSON | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 8:13 AM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 8:13 AM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |

Exhibit 127

HA-00073728

HA-00142363



**Historical Cell Site Analysis: July 15, 2014 from 8:30 AM to 10:00 AM**
**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

22

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 8:35 AM | 15596793936 | WENDT | 17078491008 | NELSON | 9:15 | Voice |
| 7/15/2014 8:39 AM | 17074848852 | SILVA | 17078491008 | NELSON | 0:28 | Voicemail |
| 7/15/2014 8:42 AM | 17074848852 | SILVA | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/15/2014 8:45 AM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:53 | Voice |
| 7/15/2014 8:45 AM | 17078491008 | NELSON | 17074848852 | SILVA | 0:33 | Voice |
| 7/15/2014 9:00 AM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 9:00 AM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 9:03 AM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/15/2014 9:05 AM | 17078491008 | NELSON | 17074848852 | SILVA | 1:37 | Voice |
| 7/15/2014 9:07 AM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:18 | Voice |
| 7/15/2014 9:10 AM | 17074848852 | SILVA | 17075368170 | OTT | 0:14 | Voice |
| 7/15/2014 9:36 AM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:23 | Voice |
| 7/15/2014 9:42 AM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:15 | Voice |
| 7/15/2014 9:48 AM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 9:50 AM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:13 | Voice |
| 7/15/2014 9:55 AM | 15596793936 | WENDT | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 9:58 AM | 15599401293 | HEFFERMAN | 15596793936 | WENDT | 0:30 | Voice |

Exhibit 127

HA-00073729

HA-00142364

**Historical Cell Site Analysis: July 15, 2014 from 10:00 AM to 12:00 PM**

23

**Cell Site Activity for 707-484-8852 (Silva)**



Santa Rosa, CA

**1** CIDs: 28856, 4606, 77784, 77776

14 contacts
10:21 AM –
10:41 AM

**2** CID: 43471

10:54 AM

**3** CIDs: 28984, 28985

2 contacts
10:57 AM

**4** CID: 34735

11 contacts
11:05 AM –
11:22 AM

**5** CIDs: 44503, 28985

8 contacts
11:22 AM –
11:44 AM

● AT&T Tower

Exhibit 127

HA-00073730

HA-00142365



**Historical Cell Site Analysis**: July 15, 2014 from 10:00 AM to 12:15 PM
**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

24

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 10:10 AM | 17078491008 | NELSON | 15596793936 | WENDT | 3:17 | Voice |
| 7/15/2014 10:23 AM | 15597416282 | HUFF | 15596793936 | WENDT | 8:15 | Voice |
| 7/15/2014 10:23 AM | 17074848852 | SILVA | 17075368170 | OTT | 1:04 | Voice |
| 7/15/2014 10:23 AM | 15597416282 | HUFF | 15596793936 | WENDT | 8:15 | Voice |
| 7/15/2014 10:27 AM | 17078491008 | NELSON | 17075368170 | OTT | 0:53 | Voice |
| 7/15/2014 10:27 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:06 | Voicemail |
| 7/15/2014 10:28 AM | 17074848852 | SILVA | 17078491008 | NELSON | 0:23 | Voice |
| 7/15/2014 10:32 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/15/2014 10:33 AM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 10:36 AM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 10:39 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:04 | Voicemail |
| 7/15/2014 10:41 AM | 17076958288 | GREER | 17075368170 | OTT | 0:50 | Voice |
| 7/15/2014 10:49 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/15/2014 10:49 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:23 | Voicemail |
| 7/15/2014 10:54 AM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:03 | Voicemail |
| 7/15/2014 10:58 AM | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 11:06 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:41 | Voice |
| 7/15/2014 11:11 AM | 15597491246 | BUENO | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 11:11 AM | 15597491246 | BUENO | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 11:11 AM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/15/2014 11:25 AM | 15596793936 | WENDT | 15597491246 | BUENO | 0:00 | SMS |
| 7/15/2014 11:26 AM | 15597491246 | BUENO | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 11:27 AM | 15596793936 | WENDT | 15597491246 | BUENO | 0:00 | SMS |
| 7/15/2014 11:32 AM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 11:32 AM | 15596793936 | WENDT | 17074848852 | SILVA | 2:14 | Voice |
| 7/15/2014 11:37 AM | 17078491008 | NELSON | 17076958288 | GREER | 4:35 | Voice |
| 7/15/2014 11:46 AM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 12:03 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:57 | Voice |
| 7/15/2014 12:15 PM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | Voicemail |
| 7/15/2014 12:15 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 1:01 | Voice |

Exhibit 127

HA-00073731

HA-00142366

**Historical Cell Site Analysis:** July 15, 2014 from 11:00 AM to 12:00 PM

**Cell Site & Call/SMS Activity for 707-484-8852 (Silva) and 707-536-8170 (Ott)**

25



Santa Rosa, CA

**CID: 28985**
11:06 AM

**CID: 34735**
11 contacts
11:05 AM – 11:22 AM

**CIDs: 44503, 28985**
11:22 AM
11:26 AM
11:29 AM
11:32 AM (2 contacts)
11:38 AM
11:43 AM
11:44 AM

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 11:06 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:41 | Voice |
| 7/15/2014 11:32 AM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 11:32 AM | 15596793936 | WENDT | 17074848852 | SILVA | 2:14 | Voice |

● AT&T Tower

Exhibit 127

HA-00073732

HA-00142367

**Historical Cell Site Analysis**: July 15, 2014 from 12:00 PM to 4:10 PM

**Cell Site Activity for 707-484-8852 (Silva) and 707-536-8170 (Ott)**

26



*Not all cell site activity was labeled; only those to depict what appears to be southeast travel of phones 707-484-8852 (Silva) and 707-536-8170 (Ott).*

Santa Rosa, CA

CID: 3276
12:02 PM

CID: 6156
1:16 PM

CID: 633
3 contacts
1:15 PM

CID: 34905
1:50 PM

Telephone 707-484-8852 (Silva) texted 559-679-3936 (Wendt) twice at 4:03 PM.

CID: 18431
2:59 PM

CID: 18437
4 contacts
3:03 PM – 3:04 PM

CID: 83664
2 contacts
4:03 PM

Telephone 707-536-8170 (Ott) made an outgoing call at 3:04 PM. The next outgoing call was at 6:11 PM.

Fresno, CA

Exhibit 127

HA-00073733

HA-00142368

**Historical Cell Site Analysis:** July 15, 2014 from 12:00 PM to 3:31 PM
**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

27

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 12:03 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:57 | Voice |
| 7/15/2014 12:10 PM | 17078491008 | NELSON | 17076958288 | GREER | 0:52 | Voice |
| 7/15/2014 12:15 PM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | Voicemail |
| 7/15/2014 12:15 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 1:01 | Voice |
| 7/15/2014 12:20 PM | 15596793936 | WENDT | 15597416282 | HUFF | 4:29 | Voice |
| 7/15/2014 1:00 PM | 15597416282 | HUFF | 15597491246 | BUENO | 0:00 | SMS |
| 7/15/2014 1:00 PM | 15597491246 | BUENO | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 1:17 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 1:23 | Voice |
| 7/15/2014 1:49 PM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:35 | Voice |
| 7/15/2014 2:07 PM | 17078491008 | NELSON | 17075297774 | CESENA | 2:09 | Voice |
| 7/15/2014 2:09 PM | 17075297774 | CESENA | 17078491008 | NELSON | 0:00 | Voicemail |
| 7/15/2014 2:09 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:00 | Voice |
| 7/15/2014 2:09 PM | 17078491008 | NELSON | 17075297774 | CESENA | 2:14 | Voice |
| 7/15/2014 2:18 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:17 | Voice |
| 7/15/2014 2:24 PM | 17075297774 | CESENA | 17078491008 | NELSON | 0:00 | Voicemail |
| 7/15/2014 2:33 PM | 17078491008 | NELSON | 17075297774 | CESENA | 1:52 | Voice |
| 7/15/2014 2:35 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:03 | Voicemail |
| 7/15/2014 2:39 PM | 17078491008 | NELSON | 17075297774 | CESENA | 1:24 | Voice |
| 7/15/2014 3:08 PM | 15596793936 | WENDT | 15597491246 | BUENO | 0:04 | Voicemail |
| 7/15/2014 3:09 PM | 15597491246 | BUENO | 15596793936 | WENDT | 0:27 | Voice |
| 7/15/2014 3:20 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/15/2014 3:31 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |

Exhibit 127

HA-00073734

HA-00142369

**Historical Cell Site Analysis**: July 15, 2014 from 3:32 PM to 5:00 PM
**Connectivity of Call/SMS Activity among Target/Pertinent Phones**

28

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 3:32 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 3:34 PM | 17074848852 | SILVA | 17075297774 | CESENA | 1:48 | Voice |
| 7/15/2014 3:35 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/15/2014 3:36 PM | 15597491246 | BUENO | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 3:37 PM | 17075297774 | CESENA | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/15/2014 3:38 PM | 15599401293 | HEFFERMAN | 17075297774 | CESENA | 0:04 | Voicemail |
| 7/15/2014 3:38 PM | 15599401293 | HEFFERMAN | 17075297774 | CESENA | 0:03 | Voicemail |
| 7/15/2014 3:38 PM | 15599401293 | HEFFERMAN | 17075297774 | CESENA | 1:55 | Voice |
| 7/15/2014 3:39 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:09 | Voicemail |
| 7/15/2014 3:40 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 4:51 | Voice |
| 7/15/2014 4:03 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:03 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:03 PM | 17075297774 | CESENA | 17078491008 | NELSON | 0:30 | Voicemail |
| 7/15/2014 4:03 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:00 | Voice |
| 7/15/2014 4:03 PM | 17075297774 | CESENA | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/15/2014 4:03 PM | 17078491008 | NELSON | 17075297774 | CESENA | 1:26 | Voice |
| 7/15/2014 4:11 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/15/2014 4:12 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:17 | Voice |
| 7/15/2014 4:14 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:32 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:00 | SMS |
| 7/15/2014 4:33 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:36 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/15/2014 4:53 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 1:23 | Voice |

Exhibit 127

HA-00073735

HA-00142370

**Historical Cell Site Analysis:** July 15, 2014 from 4:10 PM to 5:00 PM

**Cell Site & Call/SMS Activity for 707-484-8852 (Silva)**

29



| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 4:11 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/15/2014 4:12 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:17 | Voice |
| 7/15/2014 4:14 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:32 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:00 | SMS |
| 7/15/2014 4:33 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:36 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |

**1** CID: 22869 — 4:11 PM

**2** CID: 24068 — 4:12 PM

**3** CID: 96529 — 3 contacts — 4:14 PM

**4** CID: 92688 — 3 contacts — 4:18 PM

**5** CID: 61295 — 4:22 PM

**6** CIDs: 86033, 22117 — 26 contacts — 4:29 PM – 4:56 PM

● AT&T Tower

**Fresno, CA**

Exhibit 127

HA-00073736

HA-00142371

**Historical Cell Site Analysis**: July 15, 2014 from 4:30 PM to 5:00 PM
**Cell Site & Call/SMS Activity for 707-484-8852 (Silva)**

30

Fresno, CA

**1** CID: 86033
22 contacts
4:32 PM – 4:56 PM

**2** CID: 22117
4:36 PM



| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:32 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:00 | SMS |
| 7/15/2014 4:33 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:36 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |

1000 m
2000 ft

● AT&T Tower

Exhibit 127

HA-00073737

HA-00142372



**Historical Cell Site Analysis:** July 15, 2014 from 5:00 PM to 11:59 PM

**Cell Site Activity for** 707-484-8852 (Silva) & 707-536-8170 (Ott) **and Connectivity among Target Phones**

31

**Fresno, CA**

**1** CIDs: 86033, 86031, 22119, 24329, 24327

12 contacts
6:00 PM – 7:02 PM
19 contacts
9:25 PM – 9:49 PM

**2** CID: 20987

2 contacts
7:00 PM – 7:05 PM
4 contacts
9:36 PM – 10:00 PM

**1** CID: 24329

6:10 PM
6:17 PM

**2** CIDs: 20984, 3931

6:11 PM
8:30 PM

**3** CID: 22111

10:49 PM
10:56 PM

All activity for telephone
707-484-8852 (Silva) on
7/15/2014 after 5:00 PM
was incoming.

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 4:36 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/15/2014 5:14 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | MMS |
| 7/15/2014 7:36 PM | 17078491008 | NELSON | 17073930727 | CARRILLO | 0:03 | Voice |
| 7/15/2014 7:37 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:03 | Voicemail |
| 7/15/2014 8:28 PM | 17078491008 | NELSON | 17075297774 | CESENA | 0:00 | Voice |
| 7/15/2014 8:29 PM | 17075297774 | CESENA | 17078491008 | NELSON | 1:21 | Voice |
| 7/15/2014 10:56 PM | 17075368170 | OTT | 17078491008 | NELSON | 2:30 | Voice |

500 m
1000 ft

● AT&T Tower

Exhibit 127

HA-00073738

HA-00142373

**Historical Cell Site Analysis**: Call/SMS Activity for **707-484-8852 (Silva)** on July 15, 2014     1

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 8:39 AM | 17074848852 | SILVA | 17078491008 | NELSON | 0:28 | Voicemail |
| 7/15/2014 8:42 AM | 17074848852 | SILVA | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/15/2014 8:45 AM | 17078491008 | NELSON | 17074848852 | SILVA | 0:33 | Voice |
| 7/15/2014 8:57 AM | 17072283335 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:05 AM | 17078491008 | NELSON | 17074848852 | SILVA | 1:37 | Voice |
| 7/15/2014 9:10 AM | 17074848852 | SILVA | 17075368170 | OTT | 0:14 | Voice |
| 7/15/2014 9:22 AM | 17074848852 | SILVA | 17073288111 | | 0:00 | SMS |
| 7/15/2014 9:28 AM | 17073288111 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:29 AM | 17074848852 | SILVA | 17073288111 | | 0:00 | SMS |
| 7/15/2014 9:30 AM | 17073288111 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:30 AM | 17074848852 | SILVA | 17073288111 | | 0:00 | SMS |
| 7/15/2014 10:21 AM | 17074848852 | SILVA | 18083521980 | | 0:45 | Voice |
| 7/15/2014 10:23 AM | 17074848852 | SILVA | 17075368170 | OTT | 1:04 | Voice |
| 7/15/2014 10:23 AM | 17074848852 | SILVA | 19257522601 | | 0:00 | SMS |
| 7/15/2014 10:28 AM | 17074848852 | SILVA | 17078491008 | NELSON | 0:23 | Voice |
| 7/15/2014 10:30 AM | 17074848852 | SILVA | 14155954928 | | 0:05 | Voice |
| 7/15/2014 10:31 AM | 12096758092 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 10:31 AM | 17074848852 | SILVA | 14155954928 | | 0:03 | Voice |
| 7/15/2014 10:33 AM | 17074848852 | SILVA | 12096758092 | | 0:00 | SMS |
| 7/15/2014 10:33 AM | 17074848852 | SILVA | 12096758092 | | 0:00 | SMS |
| 7/15/2014 10:35 AM | 12096758092 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 10:36 AM | 17074848852 | SILVA | 12096758092 | | 0:00 | SMS |
| 7/15/2014 10:37 AM | 14155954928 | | 17074848852 | SILVA | 0:09 | Voice |
| 7/15/2014 10:37 AM | 17074848852 | SILVA | 12096758092 | | 0:00 | SMS |
| 7/15/2014 10:41 AM | 12096758092 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 10:54 AM | 14158459726 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 10:57 AM | 17074848852 | SILVA | 14158459726 | | 7:23 | Voice |
| 7/15/2014 10:57 AM | 19257522601 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:05 AM | 17074848852 | SILVA | 19257522601 | | 0:00 | SMS |

**Historical Cell Site Analysis:** Call/SMS Activity for **707-484-8852 (Silva)** on July 15, 2014    2

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 11:06 AM | 19257522601 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:06 AM | 19257522601 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:06 AM | 17074848852 | SILVA | 19257522601 | | 0:00 | SMS |
| 7/15/2014 11:07 AM | 17074848852 | SILVA | 19257522601 | | 0:00 | SMS |
| 7/15/2014 11:08 AM | 19257522601 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:09 AM | 17074848852 | SILVA | 19257522601 | | 0:00 | SMS |
| 7/15/2014 11:11 AM | 17077531843 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:11 AM | 17077531843 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:21 AM | 17074848852 | SILVA | 17077531843 | | 0:00 | SMS |
| 7/15/2014 11:22 AM | 17074848852 | SILVA | 17077531843 | | 0:00 | SMS |
| 7/15/2014 11:22 AM | 17077531843 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:26 AM | 17074848852 | SILVA | 17074792765 | STACY SILVA | 0:22 | Voice |
| 7/15/2014 11:29 AM | 17074848852 | SILVA | 17072283335 | | 0:33 | Voice |
| 7/15/2014 11:32 AM | 15596793936 | WENDT | 17074848852 | SILVA | 2:14 | Voice |
| 7/15/2014 11:32 AM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 11:38 AM | 17072283335 | | 17074848852 | SILVA | 5:27 | Voice |
| 7/15/2014 11:43 AM | 12096758092 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 11:44 AM | 17074848852 | SILVA | 12096758092 | | 0:00 | SMS |
| 7/15/2014 12:02 PM | 14155954928 | | 17074848852 | SILVA | 1:09 | Voice |
| 7/15/2014 12:49 PM | 14158459726 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 1:10 PM | 17074956303 | | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 1:13 PM | 17074956303 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 1:15 PM | 14155954928 | | 17074848852 | SILVA | 0:37 | Voice |
| 7/15/2014 1:16 PM | 17074848852 | SILVA | 17074956303 | | 1:54 | Voice |
| 7/15/2014 1:19 PM | 17074848852 | SILVA | 17074956303 | | 0:17 | Voice |
| 7/15/2014 1:19 PM | 17074848852 | SILVA | 17074956303 | | 0:01 | Voice |
| 7/15/2014 1:20 PM | 17074956303 | | 17074848852 | SILVA | 2:20 | Voice |
| 7/15/2014 1:22 PM | 17074848852 | SILVA | 14158459726 | | 0:00 | SMS |
| 7/15/2014 1:23 PM | 14158459726 | | 17074848852 | SILVA | 0:00 | SMS |

## Historical Cell Site Analysis: Call/SMS Activity for 707-484-8852 (Silva) on July 15, 2014    3

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 1:23 PM | 17074848852 | SILVA | 14158459726 | | 0:00 | SMS |
| 7/15/2014 1:23 PM | 17074848852 | SILVA | 14158459726 | | 0:00 | SMS |
| 7/15/2014 1:25 PM | 14158459726 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 1:25 PM | 17074848852 | SILVA | 14158459726 | | 0:00 | SMS |
| 7/15/2014 1:26 PM | 14158459726 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 2:35 PM | 17074848852 | SILVA | 17074792765 | STACY SILVA | 0:00 | SMS |
| 7/15/2014 2:59 PM | 17074848852 | SILVA | 17074792765 | STACY SILVA | 0:14 | Voice |
| 7/15/2014 3:08 PM | 17074792765 | STACY SILVA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 3:10 PM | 17074792765 | STACY SILVA | 17074848852 | SILVA | 1:25 | Voice |
| 7/15/2014 3:13 PM | 17074792765 | STACY SILVA | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 3:32 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 3:34 PM | 17074848852 | SILVA | 17075297774 | CESENA | 1:48 | Voice |
| 7/15/2014 3:44 PM | 17074792765 | STACY SILVA | 17074848852 | SILVA | 1:20 | Voice |
| 7/15/2014 4:03 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:03 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:11 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voice |
| 7/15/2014 4:12 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:17 | Voice |
| 7/15/2014 4:14 PM | 12261030 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:14 PM | 12261030 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:14 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:18 PM | 16502704840 | KIMBERLEY SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:18 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:18 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:22 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 16502704840 | SCHWARZE | 0:00 | SMS |
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 16502704840 | SCHWARZE | 0:00 | SMS |
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:32 PM | 17074848852 | SILVA | 17075297774 | CESENA | 0:00 | SMS |
| 7/15/2014 4:33 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |

HA-00142376

## Historical Cell Site Analysis: Call/SMS Activity for 707-484-8852 (Silva) on July 15, 2014

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 4:33 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:33 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:33 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:34 PM | 17074848852 | SILVA | 16502704840 | SCHWARZE | 0:00 | SMS |
| 7/15/2014 4:34 PM | 17074848852 | SILVA | 16502704840 | SCHWARZE | 0:00 | SMS |
| 7/15/2014 4:36 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/15/2014 4:36 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:36 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:36 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:43 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:43 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:43 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:43 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:43 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:46 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:46 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:46 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:46 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:56 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:56 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 4:56 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 5:14 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:00 PM | 14158459726 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:05 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:05 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:05 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:13 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:13 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:13 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |

## Historical Cell Site Analysis: Call/SMS Activity for 707-484-8852 (Silva) on July 15, 2014

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 6:32 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:32 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:32 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 6:53 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 7:00 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 7:02 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 7:05 PM | 16502704840 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:25 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:26 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:27 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:32 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:33 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:33 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:34 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:35 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:35 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:36 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:37 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:37 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:38 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:39 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:40 PM | 14155954928 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:40 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:45 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:45 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:45 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | SMS |
| 7/15/2014 9:47 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:48 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 9:49 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/15/2014 10:00 PM | 16502716050 | SCHWARZE | 17074848852 | SILVA | 0:00 | Voicemail |

**Historical Cell Site Analysis:** July 15, 2014 from 4:00 PM to July 16, 2014 at 12:00 PM    37
**Cell Site Activity for 559-679-3936 (Wendt)** & Call/SMS Activity with **707-484-8852 (Silva)**

Tulare, CA

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/15/2014 4:03 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:03 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:11 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |
| 7/15/2014 4:29 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:00 | SMS |
| 7/15/2014 4:36 PM | 17074848852 | SILVA | 15596793936 | WENDT | 0:05 | Voicemail |



① CIDs: 22896, 23558, 25521
07/15/2014
6 contacts
4:03 PM – 5:50 PM

② CID: 22896
07/16/2014
4 contacts
11:42 AM – 11:43 AM

● AT&T Tower

Exhibit 127

HA-00073744
HA-00142379

**Historical Cell Site Analysis: July 16, 2014 from 12:00 AM to 8:00 AM**

38

**Cell Site Activity for 707-484-8852 (Silva) & 707-536-8170 (Ott) and Connectivity among Target Phones**

Fresno, CA

**① CIDs: 22111, 24321**

4 contacts
1:22 AM – 2:25 AM
7 contacts
3:13 AM – 4:26 AM

**① CID: 24329**

1 incoming call
2:46 AM

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 1:35 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/16/2014 1:35 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:04 | Voicemail |
| 7/16/2014 2:25 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/16/2014 3:13 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/16/2014 3:39 AM | 17075368170 | OTT | 15597491246 | BUENO | 0:06 | Voicemail |
| 7/16/2014 3:40 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:10 | Voicemail |
| 7/16/2014 3:42 AM | 17075368170 | OTT | 17076958288 | GREER | 0:42 | Voice |
| 7/16/2014 3:44 AM | 17075368170 | OTT | 17073930727 | CARRILLO | 0:07 | Voice |
| 7/16/2014 4:01 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:10 | Voicemail |
| 7/16/2014 4:02 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:06 | Voicemail |
| 7/16/2014 4:03 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:07 | Voicemail |
| 7/16/2014 4:06 AM | 17076958288 | GREER | 17075368170 | OTT | 0:27 | Voice |
| 7/16/2014 4:26 AM | 17076958288 | GREER | 17075368170 | OTT | 1:43 | Voice |
| 7/16/2014 7:58 AM | 17078491008 | NELSON | 17076958288 | GREER | 0:21 | Voice |

● AT&T Tower

Exhibit 127

HA-00073745

HA-00142380

**Historical Cell Site Analysis:** July 16, 2014 from 12:00 AM to 9:00 AM

**Cell Site Activity for 707-849-1008 (Nelson) & 707-536-8170 (Ott)**

39



San Rafael, CA

Sacramento, CA

| 1 | CID: 4768 | 12:52 AM |

| 2 | CID: 27527 | 12:52 AM |

8 | CID: 6186 | 8:45 AM

7 | CID: 1444 | 8:36 AM

3 | CID: 5626 | 8:31 AM

Oakland, CA

2 | CID: 1106 | 8:10 AM

6 | CID: 43295 | 8:02 AM

5 | CID: 41126 | 7:58 AM

4 | CIDs: 45826, 45825 | 7:54 AM | 7:55 AM | 7:56 AM

3 | CID: 169158671 | 7:53 AM | 7:54 AM

Fresno, CA

1 | CIDs: 22111, 24321 | 11 contacts | 1:22 AM – 4:26 AM

Exhibit 127

HA-00073746

HA-00142381

**Historical Cell Site Analysis:** July 16, 2014 from 12:00 AM to 5:00 AM

**Cell Site & Call/SMS Activity for** 707-849-1008 (Nelson) & 707-536-8170 (Ott)

40



| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 1:35 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/16/2014 1:35 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:04 | Voicemail |
| 7/16/2014 2:25 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/16/2014 3:13 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voicemail |
| 7/16/2014 3:40 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:10 | Voicemail |

Exhibit 127

HA-00073747

HA-00142382

**Historical Cell Site Analysis:** July 16, 2014 from 5:00 AM to 9:00 AM

41

**Cell Site Activity for 707-849-1008 (Nelson) & 707-536-8170 (Ott)**



San Rafael, CA

Oakland, CA

CID: 5626 — 8:31 AM

CID: 6186 — 8:45 AM

CID: 1444 — 8:36 AM

CID: 43295 — 8:02 AM

CID: 41126 — 7:58 AM

CID: 1106 — 8:10 AM

CIDs: 45826, 45825 — 7:54 AM / 7:55 AM / 7:56 AM

CID: 169158671 — 7:53 AM / 7:54 AM

Exhibit 127

HA-00073748

HA-00142383

**Historical Cell Site Analysis:** July 16, 2014 from 9:00 AM to 12:30 PM
**Cell Site Activity for 707-849-1008 (Nelson) & 707-536-8170 (Ott)**

42



Santa Rosa, CA

**①** CIDs: 3305, 169044496
9:26 AM
9:27 AM
9:28 AM

**②** CID: 22455
9:28 AM

**③** CID: 6365
9:32 AM

**④** CIDs: 4286, 28816, 169069592, 28815, 169069584
8 contacts
9:52 AM – 10:48 AM

**⑤** CIDs: 169083921, 4846
4 contacts
11:22 AM – 11:29 AM

**⑥** CID: 6364
11:53 AM

**⑦** CID: 169069584
12:12 PM

**①** CID: 28985
12:12 PM

*Telephone 707-536-8170 (Ott) was in Santa Rosa, CA around 12:12 PM.*

● AT&T Tower

Exhibit 127

HA-00073749

HA-00142384

**Historical Cell Site Analysis:** July 16, 2014 from 8:00 AM to 10:00 AM

43

**Cell Site Activity for 559-741-6282 (Huff)**

**Fresno, CA & Clovis, CA**

**1** CID: 172083976
8:00 AM

**2** CIDs: 24329, 172086033, 24327, 22119, 22117, 172086031, 22118
15 contacts
8:08 AM – 8:45 AM

**3** CIDs: 22773, 22779, 22778, 24797
4 contacts
8:46 AM – 8:47 AM

**4** CID: 24698
8:49 AM

**5** CID: 25798
9:00 AM
9:06 AM

**6** CIDs: 24367, 22187, 172087823, 172087816
8 contacts
9:16 AM – 9:53 AM

**7** CIDs: 25309, 26329, 172167690
4 contacts
9:44 AM – 9:49 AM

**8** CID: 172105743
9:57 AM

*Telephone 559-741-6282 (Huff) appeared to travel from Fresno, CA to Clovis, CA.*

● **AT&T Tower**

Exhibit 127

HA-00073750

HA-00142385

# Historical Cell Site Analysis: July 16, 2014 from 8:00 AM to 9:00 AM

44

## Cell Site & Call/SMS Activity for 559-741-6282 (Huff), 559-940-1293 (Hefferman) & 707-484-8852 (Silva)



| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 8:34 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/16/2014 8:37 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:14 | Voice |
| 7/16/2014 8:40 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/16/2014 8:40 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/16/2014 8:45 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:05 | Voicemail |
| 7/16/2014 8:45 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:05 | Voice |
| 7/16/2014 8:46 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:02 | Voicemail |

Fresno, CA

**CID: 22762**
13 contacts
8:33 AM − 8:55 AM

**CID: 172083976**
8:00 AM

**CIDs: 24329, 172086033, 24327, 22119, 22117, 172086031, 22118**
15 contacts
8:08 AM − 8:45 AM

**CIDs: 22773, 22779, 22778, 24797**
4 contacts
8:46 AM − 8:47 AM

**CIDs: 86033, 22117 86031**
8:09 AM (Incoming)
8:53 AM (Incoming)
8:57 AM (Incoming)

**CID: 24698**
8:49 AM

● **AT&T Tower**

Exhibit 127

HA-00073751

HA-00142386

**Historical Cell Site Analysis:** July 16, 2014 between 8:05 AM and 8:50 AM

**Cell Site Activity for** 559-741-6282 (Huff) **and** 949-500-2629 (Phipps)

45



Fresno, CA

① CIDs: 24329, 172086033, 24327, 22119, 22117, 172086031, 22118
15 contacts
8:08 AM – 8:45 AM

② CIDs: 22773, 22779
2 contacts
8:46 AM

③ CID: 22778
8:46 AM

④ CID: 24797
8:47 AM

⑤ CID: 24698
8:49 AM

① CID: 172094991
3 contacts
8:05 AM

② CID: 172102927
2 contacts
8:12 AM

③ CIDs: 172098321, 172098319
7 contacts
8:13 AM – 8:44 AM

● AT&T Tower

500 m
1000 ft

Exhibit 127

HA-00073752

HA-00142387



**Historical Cell Site Analysis:** July 16, 2014 from 9:15 AM to 10:00 AM   46

**Cell Site Activity for** 559-749-1246 (Bueno), 949-500-2629 (Phipps), 559-741-6282 (Huff) & 559-940-1293 (Hefferman)

Fresno, CA

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 9:49 AM | 15597491246 | BUENO | 15597416282 | HUFF | 3:24 | Voice |
| 7/16/2014 9:53 AM | 15597491246 | BUENO | 15597416282 | HUFF | 0:30 | Voice |
| 7/16/2014 9:55 AM | 15597491246 | BUENO | 19495002629 | PHIPPS | 0:18 | Voice |

**(1)** CIDs: 24367, 22187, 172087823, 172087816
8 contacts
9:16 AM – 9:53 AM

**(2)** CIDs: 25309, 26329, 172167690
4 contacts
9:44 AM – 9:49 AM

**(3)** CID: 172105743
9:57 AM

**(1)** CID: 22768
4 contacts
9:34 AM – 9:35 AM

**(1)** CID: 22591
9:55 AM

**(1)** CIDs: 24329, 24327, 22119
9:45 AM
9:49 AM
9:53 AM
9:55 AM

● AT&T Tower

1000 m
2000 ft

Exhibit 127

HA-00073753

HA-00142388

## Historical Cell Site Analysis: July 16, 2014 between 9:45 AM and 10:00 AM
### Cell Site & Call/SMS Activity for 949-500-2629 (Phipps) and 559-749-1246 (Bueno)

47

| ConnDateTime(PDT) | OriginatingNumber | Associated User | DialedNumber | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/16/2014 9:55 AM | 15597491246 | BUENO | A679495002629 | 19495002629 | PHIPPS | 0:18 | Voice |

Fresno, CA



CID: 22591

9:55 AM

CIDs: 24329, 24327, 22119

9:45 AM
9:49 AM
9:53 AM
9:55 AM

AT&T Tower

Exhibit 127

HA-00073754

HA-00142389

**Historical Cell Site Analysis: July 16, 2014 from 10:00 AM to 11:00 AM**

48

**Cell Site Activity for 559-749-1246 (Bueno), 949-500-2629 (Phipps), 559-741-6282 (Huff) & 707-484-8852 (Silva)**

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 10:15 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:04 | Voicemail |
| 7/16/2014 10:19 AM | 15597416282 | HUFF | 15597491246 | BUENO | 0:02 | Voicemail |
| 7/16/2014 10:42 AM | 15597491246 | BUENO | 15597416282 | HUFF | 0:09 | Voicemail |
| 7/16/2014 11:03 AM | 15597416282 | HUFF | 15597491246 | BUENO | 0:17 | Voice |



**Fresno, CA**

① CID: 24797 — 10:19 AM

② CID: 172094991 — 10:21 AM

③ CIDs: 172086032, 172086024, 172086026, 24328 — 6 contacts 10:21 AM – 10:33 AM

④ CID: 25057 — 10:34 AM

⑤ CID: 172092687 — 10:36 AM

⑥ CID: 172083976 — 10:39 AM

⑦ CIDs: 24549, 172093705 — 10:42 AM 10:43 AM

① CIDs: 24327, 24329, 172086031 — 10:19 AM, 10:42 AM, 10:53 AM (2 contacts), 10:54 AM, 11:03 AM

① CID: 22117 — 10:24 AM (Incoming)

① CID: 22597 — 10:42 AM

● AT&T Tower

Exhibit 127

HA-00073755

HA-00142390

**Historical Cell Site Analysis:** July 16, 2014 from 10:00 AM to 1:00 PM

**Cell Site Activity for 559-741-6282 (Huff)**

49



**7** CIDs: 172093712, 172093705, 172093706
11:55 AM
11:56 AM - 2 contacts

**5** CIDs: 22378, 22377, 172092687
3 contacts
12:01 PM

**3** CIDs: 172086026, 172086024, 24328
4 contacts
12:16 PM – 12:23 PM

**4** CID: 172161288
12:22 PM

**1** CID: 24797
10:19 AM

**2** CID: 172094991
10:21 AM

**3** CIDs: 172086032, 172086024, 172086026, 24328
6 contacts
10:21 AM – 10:33 AM

**4** CID: 25057
10:34 AM

**5** CID: 172092687
10:36 AM

**6** CID: 172083976
10:39 AM

**7** CIDs: 24549, 172093705
10:42 AM
10:43 AM

**8** CID: 25209
11:03 AM

**9** CID: 23257
11:07 AM

**10** CIDs: 172277777, 29609, 25959
6 contacts
11:10 AM – 11:20 AM

**11** CID: 172121103
11:35 AM
11:37 AM

**12** CID: 172087569
2 contacts
11:54 AM - 2 contacts

Fresno, CA

AT&T Tower

5 km
2 mi

Exhibit 127

HA-00073756

HA-00142391

**Historical Cell Site Analysis:** July 16, 2014 between 3:45 PM and 4:00 PM

**Cell Site & Call Activity for 949-500-2629 (Phipps) and 559-940-1293 (Hefferman)**

50

| ConnDateTime(PDT) | OriginatingNumber | Associated User | DialedNumber | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/16/2014 3:50 PM | 15599401293 | HEFFERMAN | A679495002629 | 19495002629 | PHIPPS | 0:00 | Voice |
| 7/16/2014 3:52 PM | 15599401293 | HEFFERMAN | A679495002629 | 19495002629 | PHIPPS | 0:51 | Voice |

Fresno, CA & Clovis, CA



**CIDs: 24348, 172087312**

3:49 PM (2 contacts)
3:52 PM
3:55 PM (2 contacts)
3:59 PM (2 contacts)

**CID: 24788**

3:50 PM
3:52 PM

● AT&T Tower

Exhibit 127

HA-00073757

HA-00142392

**Historical Cell Site Analysis**: July 16, 2014 between 7:45 PM and 11:15 PM
**Cell Site Activity for 707-484-8852 (Silva) and 559-940-1293 (Hefferman)**

51



Clovis, CA

| 1 | CID: 24642 |
| --- | --- |
| | 9 contacts |
| | 7:53 PM |

| 2 | CID: 22958 |
| --- | --- |
| | 2 contacts |
| | 11:13 PM |

| 1 | CID: 24641 |
| --- | --- |
| | 9:08:19 PM |

| 2 | CID: 24782 |
| --- | --- |
| | 9:08:53 PM |

● AT&T Tower

Exhibit 127

HA-00073758

HA-00142393

**Historical Cell Site Analysis**: Call/SMS Activity for **707-484-8852 (Silva)** on July 16, 2014   52

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 2:46 AM | 17073317392 | | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/16/2014 8:09 AM | 17075403944 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 8:53 AM | 17074792765 | | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/16/2014 8:57 AM | 17074792765 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 10:24 AM | 17075276862 | | 17074848852 | SILVA | 0:00 | Voicemail |
| 7/16/2014 12:12 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 12:27 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 12:43 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 12:58 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 1:26 PM | 14155954928 | | 17074848852 | SILVA | 0:05 | Voicemail |
| 7/16/2014 1:26 PM | 14155954928 | | 17074848852 | SILVA | 0:03 | Voicemail |
| 7/16/2014 1:28 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 2:26 PM | 17074792765 | | 17074848852 | SILVA | 0:03 | Voicemail |
| 7/16/2014 2:28 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 2:46 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 3:01 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 3:16 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 3:39 PM | 17074792765 | | 17074848852 | SILVA | 0:03 | Voicemail |
| 7/16/2014 3:41 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 3:56 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 4:21 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 4:29 PM | 14155954928 | | 17074848852 | SILVA | 0:04 | Voicemail |
| 7/16/2014 4:36 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 5:06 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 6:06 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:00 PM | 17072910461 | | 17074848852 | SILVA | 0:08 | Voicemail |
| 7/16/2014 7:05 PM | 14155954928 | | 17074848852 | SILVA | 0:03 | Voicemail |
| 7/16/2014 7:06 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:38 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:42 PM | 17074792765 | | 17074848852 | SILVA | 0:03 | Voicemail |

Exhibit 127

HA-00073759

HA-00142394

 **Historical Cell Site Analysis: Call/SMS Activity for 707-484-8852 (Silva) on July 16, 2014**   53

| ConnDateTime(PDT) | Originating Number | Associated User | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 7:53 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 16502704840 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 17074792765 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 17075085630 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 16502704840 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 16502704840 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 17074792765 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 17074792765 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 17074792765 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 7:53 PM | 17074848852 | SILVA | 1111340002 | AT&T IMEI Reporting Server | 0:00 | SMS |
| 7/16/2014 7:56 PM | 14582012052 | | 17074848852 | SILVA | 0:08 | Voicemail |
| 7/16/2014 8:19 PM | 17074956303 | | 17074848852 | SILVA | 0:09 | Voicemail |
| 7/16/2014 8:29 PM | 17074956303 | | 17074848852 | SILVA | 0:04 | Voicemail |
| 7/16/2014 8:30 PM | 17075297774 | CESENA | 17074848852 | SILVA | 0:07 | Voicemail |
| 7/16/2014 8:56 PM | 17074956303 | | 17074848852 | SILVA | 0:05 | Voicemail |
| 7/16/2014 9:00 PM | 17074792765 | | 17074848852 | SILVA | 0:02 | Voicemail |
| 7/16/2014 9:14 PM | 17074956303 | | 17074848852 | SILVA | 0:05 | Voicemail |
| 7/16/2014 9:49 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 9:53 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 10:00 PM | 17075368170 | OTT | 17074848852 | SILVA | 0:09 | Voicemail |
| 7/16/2014 10:02 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 10:13 PM | 17074956303 | | 17074848852 | SILVA | 0:07 | Voicemail |
| 7/16/2014 10:17 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 10:47 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 10:58 PM | 17074792765 | | 17074848852 | SILVA | 0:02 | Voicemail |
| 7/16/2014 11:13 PM | 17074792765 | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 11:13 PM | 17075368170 | OTT | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 11:31 PM | | | 17074848852 | SILVA | 0:00 | SMS |
| 7/16/2014 11:46 PM | | | 17074848852 | SILVA | 0:00 | SMS |

Exhibit 127

HA-00073760

HA-00142395

## Historical Cell Site Analysis: Call Activity/IMEI Data and Connectivity with Target/Pertinent Phones for 707-484-8852 (Silva) and 559-741-6282 (Huff) on July 16, 2014

54

| ConnDateTime (PDT) | Originating Number | Associated User | Terminating Number | Associated User | IMEI | IMSI | Duration | Call Type |
|---|---|---|---|---|---|---|---|---|
| 7/16/2014 2:46 AM | 17073317392 | | 17074848852 | SILVA | 3554300518057110 | 310410580462930 | 0:00 | Voicemail |
| 7/16/2014 8:09 AM | 17075403944 | | 17074848852 | SILVA | 3554300518057110 | 310410580462930 | 0:00 | SMS |
| 7/16/2014 8:34 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:03 | Voice |
| 7/16/2014 8:37 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:14 | Voice |
| 7/16/2014 8:53 AM | 17074792765 | | 17074848852 | SILVA | 3554300518057110 | 310410580462930 | 0:00 | Voicemail |
| 7/16/2014 8:40 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:03 | Voice |
| 7/16/2014 8:40 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:00 | SMS |
| 7/16/2014 8:45 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:05 | Voice |
| 7/16/2014 8:46 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:02 | Voice |
| 7/16/2014 8:46 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 3597210548317910 | 310410703926053 | 0:00 | Voice |
| 7/16/2014 10:24 AM | 17075276862 | | 17074848852 | SILVA | 3554300518057110 | 310410580462930 | 0:00 | Voicemail |
| 7/16/2014 7:53 PM | 17074848852 | SILVA | 1111340002 | AT&T | 3597210548317910 | 310410580462930 | 0:00 | SMS |
| 7/16/2014 8:30 PM | 17075297774 | CESENA | 17074848852 | SILVA | | 310410580462930 | 0:07 | Voicemail |
| 7/16/2014 8:31 PM | 17075297774 | CESENA | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | 0:00 | SMS |
| 7/16/2014 8:33 PM | 15597416282 | HUFF | 17075297774 | CESENA | 3597210548317910 | 310410703926053 | 0:00 | SMS |
| 7/16/2014 8:59 PM | 15596793936 | WENDT | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | 8:39 | Voice |
| 7/16/2014 9:21 PM | 15597416282 | HUFF | 15597491246 | BUENO | 3597210548317910 | 310410703926053 | 0:56 | Voice |
| 7/16/2014 10:00 PM | 17075368170 | OTT | 17074848852 | SILVA | | 310410580462930 | 0:09 | Voicemail |
| 7/16/2014 11:13 PM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | 0:00 | SMS |

On 7/16/2014, no cell site activity was reported for telephone 707-484-8852 (Silva) after 10:24 AM until 7:53 PM and 11:13 PM. The IMEI associated with telephone 707-484-8852 (Silva) was 3554300518057110 until 7:53 PM on 7/16/2014. Telephone 707-484-8852 (Silva) records reported an outgoing SMS at 7:53 PM which AT&T explained as an automated short code associated with AT&T IMEI Reporting Server designating a handset change. The IMEI associated with telephone 707-484-8852 (Silva) changed to 3597210548317910, which was the IMEI associated with telephone 559-741-6282 (Huff).

Exhibit 127

HA-00073761

HA-00142396

**Historical Cell Site Analysis**: July 16, 2014 from 8:05 AM to 10:30 AM

**Cell Site Activity for 707-484-8852 (Silva) & 559-741-6282 (Huff)**

55



**Fresno, CA & Clovis, CA**

**① CIDs: 24329, 172086033, 24327, 22119, 22117, 172086031, 22118**
15 contacts
8:08 AM – 8:45 AM

**② CIDs: 22773, 22779, 22778, 24797**
4 contacts
8:46 AM – 8:47 AM

**③ CID: 24698**
8:49 AM

**④ CID: 25798**
9:00 AM
9:06 AM

**⑤ CIDs: 24367, 22187, 172087823, 172087816**
8 contacts
9:16 AM – 9:53 AM

**⑥ CIDs: 25309, 26329, 172167690**
4 contacts
9:44 AM – 9:49 AM

**⑦ CID: 172105743**
9:57 AM

**⑧ CID: 24797**
10:19 AM

**⑨ CID: 172094991**
10:21 AM

**⑩ CIDs: 172086032, 172086024**
10:21 AM
10:22 AM
10:22 AM

**① CIDs: 86033, 22117 86031**
8:09 AM (Incoming)
8:53 AM (Incoming)
8:57 AM (Incoming)
10:24 AM (Incoming)

● AT&T Tower

Exhibit 127

HA-00073762

HA-00142397

# Historical Cell Site Analysis: July 16, 2014 from 10:00 AM to 10:30 AM

## Cell Site Activity for 707-484-8852 (Silva) & 559-741-6282 (Huff)



Exhibit 127

HA-00073763

HA-00142398



**Historical Cell Site Analysis:** July 16, 2014 from 7:45 PM to 11:30 PM

**Cell Site Activity for 707-484-8852 (Silva) & 559-741-6282 (Huff)**

Clovis, CA

**①** CIDs: 172105743, 22889
21 contacts
8:12 PM – 9:49 PM
2 contacts
11:16 PM

**②** CIDs: 22958, 24918
8:16 PM
9:04 PM
9:11 PM

**③** CID: 25098
8:17 PM

**④** CIDs: 24642, 22539, 22538, 24648
4 contacts
8:26 PM – 9:21 PM

**①** CID: 24642
7:53 PM (8 Incoming SMS)
7:53 PM (1 Outgoing SMS)

**②** CID: 22958
11:13 PM (Incoming SMS)
11:13 PM (Incoming SMS)

● AT&T Tower

500 m
1000 ft

Exhibit 127

HA-00073764

HA-00142399

**Historical Cell Site Analysis: Call/SMS Activity among 559-679-3936 (Wendt), 707-536-8170 (Ott), 707-849-1008 (Nelson), 707-695-8288 (Greer) & 707-393-0727 (Carrillo) on July 16, 2014**

58

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 1:35 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voice |
| 7/16/2014 1:35 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:04 | Voice |
| 7/16/2014 2:25 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voice |
| 7/16/2014 3:13 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:05 | Voice |
| 7/16/2014 3:40 AM | 17075368170 | OTT | 17078491008 | NELSON | 0:10 | Voice |
| 7/16/2014 3:42 AM | 17075368170 | OTT | 17076958288 | GREER | 0:42 | Voice |
| 7/16/2014 3:44 AM | 17075368170 | OTT | 17073930727 | CARRILLO | 0:07 | Voice |
| 7/16/2014 4:01 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:10 | Voice |
| 7/16/2014 4:02 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:06 | Voice |
| 7/16/2014 4:03 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:07 | Voice |
| 7/16/2014 4:06 AM | 17076958288 | GREER | 17075368170 | OTT | 0:27 | Voice |
| 7/16/2014 4:26 AM | 17076958288 | GREER | 17075368170 | OTT | 1:43 | Voice |
| 7/16/2014 7:58 AM | 17078491008 | NELSON | 17076958288 | GREER | 0:21 | Voice |
| 7/16/2014 10:15 AM | 17076958288 | GREER | 17078491008 | NELSON | 0:04 | Voice |
| 7/16/2014 1:09 PM | 17076958288 | GREER | 17075368170 | OTT | 0:03 | Voicemail |
| 7/16/2014 2:52 PM | 17078491008 | NELSON | 17076958288 | GREER | 1:16 | Voice |
| 7/16/2014 3:38 PM | 15596793936 | WENDT | 17078491008 | NELSON | 0:00 | SMS |
| 7/16/2014 3:39 PM | 17078491008 | NELSON | 15596793936 | WENDT | 0:00 | SMS |
| 7/16/2014 4:53 PM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/16/2014 6:46 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/16/2014 6:48 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:05 | Voice |

Exhibit 127

HA-00073765

HA-00142400

**Historical Cell Site Analysis:** Call/SMS Activity among 559-741-6282 (Huff), 559-679-3936 (Wendt), 559-940-1293 (Hefferman), and 949-500-2629 (Phipps) on July 16, 2014

59

| ConnDateTime(PDT) | OriginatingNumber | Associated User | TerminatingNumber | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|
| 7/16/2014 8:34 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/16/2014 8:37 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:14 | Voicemail |
| 7/16/2014 8:40 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:03 | Voicemail |
| 7/16/2014 8:40 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/16/2014 8:45 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:05 | Voicemail |
| 7/16/2014 8:46 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:02 | Voicemail |
| 7/16/2014 8:46 AM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | Voice |
| 7/16/2014 1:07 PM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:05 | Voicemail |
| 7/16/2014 1:29 PM | 15596793936 | WENDT | 15597416282 | HUFF | 1:19 | Voice |
| 7/16/2014 2:11 PM | 15599401293 | HEFFERMAN | 15596793936 | WENDT | 0:00 | Voice |
| 7/16/2014 3:13 PM | 15599401293 | HEFFERMAN | 15596793936 | WENDT | 1:02 | Voice |
| 7/16/2014 3:36 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:01 | Voice |
| 7/16/2014 3:36 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:32 | Voicemail |
| 7/16/2014 3:50 PM | 15599401293 | HEFFERMAN | 19495002629 | PHIPPS | 0:00 | Voice |
| 7/16/2014 3:52 PM | 15599401293 | HEFFERMAN | 19495002629 | PHIPPS | 0:51 | Voice |
| 7/16/2014 4:53 PM | 17813098997 | RANIERI | 15596793936 | WENDT | 0:00 | SMS |
| 7/16/2014 6:32 PM | 15597416282 | HUFF | 15596793936 | WENDT | 0:00 | Voice |
| 7/16/2014 6:40 PM | 15597416282 | HUFF | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/16/2014 6:41 PM | 15596793936 | WENDT | 15597416282 | HUFF | 0:03 | Voicemail |
| 7/16/2014 6:42 PM | 15596793936 | WENDT | 15597416282 | HUFF | 0:03 | Voicemail |
| 7/16/2014 6:42 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:03 | Voicemail |
| 7/16/2014 6:42 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 0:00 | SMS |
| 7/16/2014 6:45 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 4:15 | Voice |
| 7/16/2014 6:46 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:00 | SMS |
| 7/16/2014 6:48 PM | 15596793936 | WENDT | 17813098997 | RANIERI | 0:05 | Voice |
| 7/16/2014 8:59 PM | 15596793936 | WENDT | 15597416282 | HUFF | 8:39 | Voice |
| 7/16/2014 9:08 PM | 15596793936 | WENDT | 15599401293 | HEFFERMAN | 0:00 | SMS |
| 7/16/2014 9:08 PM | 15599401293 | HEFFERMAN | 15596793936 | WENDT | 0:00 | SMS |

Exhibit 127

HA-00073766

HA-00142401



## Historical Cell Site Analysis: Call Activity/IMEI Data with Cell Site Data Reported for 707-484-8852 (Silva) on July 17-18, 2014

60

| ConnDateTime (PDT) | Originating Number | Associated User | Terminating Number | Associated User | IMEI | IMSI | Call Type |
|---|---|---|---|---|---|---|---|
| 7/17/2014 11:54 AM | 1111487600 | AT&T | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/17/2014 11:54 AM | 17072913614 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:57 AM | 12261030 | AT&T | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:57 AM | 17072364843 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:57 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078892816 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17079724772 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078892816 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078890923 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078890923 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17072916072 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17074792765 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17074792765 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 12261030 | AT&T | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 17076230121 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 17075403944 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 17075085630 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |

On 7/17/2014 and 7/18/2014, when cell site activity was recorded for telephone 707-484-8852 (Silva), the IMEI associated with telephone 707-484-8852 (Silva) was reported as 3597210548317910, which was the IMEI associated with telephone 559-741-6282 (Huff).

Exhibit 127

HA-00073767

HA-00142402

**Historical Cell Site Analysis**: July 17, 2014 from 12:00 AM to 11:59 PM

Cell Site Activity for **707-484-8852 (Silva)**

61

Clovis, CA

**CID: 22889**

**2 contacts**
**11:54 AM**

● **AT&T Tower**

Exhibit 127

HA-00073768

HA-00142403



**Historical Cell Site Analysis**: July 18, 2014 from 12:00 AM to 11:59 PM

Cell Site Activity for **707-484-8852 (Silva)**

62

Fresno, CA

① CIDs: 24328, 24327

14 contacts
11:57 AM – 11:58 AM
4 contacts
6:08 PM

● AT&T Tower

Exhibit 127

HA-00073769

HA-00142404

**Historical Cell Site Analysis**: Call Activity/IMEI Data with Cell Site Data Reported for

**707-484-8852 (Silva)** and **559-741-6282 (Huff)** on July 17, 2014 from 10:45 AM to 12:30 PM

63

| ConnDateTime (PDT) | Originating Number | Associated User | Terminating Number | Associated User | IMEI | IMSI | Call Type |
|---|---|---|---|---|---|---|---|
| 7/17/2014 10:49 AM | 15597416282 | HUFF | 15598028561 | | 3597210548317910 | 310410703926053 | SMS |
| 7/17/2014 10:49 AM | 15597491246 | BUENO | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | Voice |
| 7/17/2014 11:11 AM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | Voice |
| 7/17/2014 11:54 AM | 1111487600 | AT&T | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/17/2014 11:54 AM | 17072913614 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/17/2014 12:15 PM | 18665754108 | | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | Voicemail |
| 7/17/2014 12:16 PM | 15597416282 | HUFF | 15592506708 | | 3597210548317910 | 310410703926053 | SMS |
| 7/17/2014 12:16 PM | 2 | | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |
| 7/17/2014 12:16 PM | 2 | | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |
| 7/17/2014 12:29 PM | 15596793936 | WENDT | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |

On 7/17/2014, when cell site activity was recorded for telephone **707-484-8852 (Silva)**, the IMEI associated with telephone **707-484-8852 (Silva)** was reported as IMEI **3597210548317910**, which was the IMEI associated with telephone **559-741-6282 (Huff)**.

Exhibit 127

HA-00073770

HA-00142405

**Historical Cell Site Analysis:** July 17, 2014 from 11:00 AM to 12:30 PM

**Cell Site Activity for 707-484-8852 (Silva) & 559-741-6282 (Huff)**

64



Fresno, CA & Clovis, CA

**1**  **CID: 22889**
11:54 AM (Incoming SMS)
11:54 AM (Incoming SMS)

**1**  **CID: 22958**
11:11 AM
12:15 PM

**2**  **CID: 172105743**
12:16 PM –
3 contacts

**3**  **CID: 22592**
12:29 PM

● **AT&T Tower**

Exhibit 127

HA-00073771

HA-00142406

**Historical Cell Site Analysis:** July 17, 2014 from 11:15 AM to 12:30 PM

**Cell Site Activity for 707-484-8852 (Silva) and 559-940-1293 (Hefferman)**

65



Clovis, CA

① **CID: 22889**
2 contacts
11:54 AM

① **CIDs: 22533, 24649**
11:27 AM
12:01 PM
12:04 PM

② **CIDs: 22768, 22762**
11:33 AM
12:26 PM

● **AT&T Tower**

Exhibit 127

HA-00073772

HA-00142407

**Historical Cell Site Analysis**: Call Activity/IMEI Data with Cell Site Data Reported for  66
**707-484-8852 (Silva)** and **559-741-6282 (Huff)** on July 18, 2014 from 11:15 AM to 12:30 PM

| ConnDateTime (PDT) | Originating Number | Associated User | Terminating Number | Associated User | IMEI | IMSI | Call Type |
|---|---|---|---|---|---|---|---|
| 7/18/2014 11:25 AM | 15597491246 | BUENO | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 11:41 AM | 15597416282 | HUFF | 15592849493 | | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 11:57 AM | 12261030 | AT&T | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:57 AM | 17072364843 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:57 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078892816 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17079724772 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078892816 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078890923 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17078890923 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17072916072 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17074792765 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17074792765 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 11:58 AM | 17075368170 | OTT | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 12:14 PM | 15597416282 | HUFF | 15592849493 | | 3597210548317910 | 310410703926053 | Voice |
| 7/18/2014 12:15 PM | 15592849493 | | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | Voice |
| 7/18/2014 12:17 PM | 15597491246 | BUENO | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | Voice |
| 7/18/2014 12:28 PM | 15597416282 | HUFF | 15592849493 | | 3597210548317910 | 310410703926053 | Voice |

On 7/18/2014, when cell site activity was recorded for telephone **707-484-8852 (Silva)**, the IMEI associated with telephone **707-484-8852 (Silva)** was reported as IMEI **3597210548317910**, which was the IMEI associated with telephone **559-741-6282 (Huff)**.

Exhibit 127

**Historical Cell Site Analysis:** July 18, 2014 from 11:15 AM to 12:30 PM       67

**Cell Site Activity for 707-484-8852 (Silva) & 559-741-6282 (Huff)**



Fresno, CA & Clovis, CA

**① CID: 24328**

11:57 AM (3 Incoming SMS)
11:58 AM (11 Incoming SMS)

**① CID: 172105743**

11:25 AM – 4 contacts

**② CID: 172092944**

11:41 AM

**③ CIDs: 24328, 22118**

12:14 PM
12:15 PM
12:17 PM
12:28 PM

● **AT&T Tower**

Exhibit 127

HA-00073774

HA-00142409

**Historical Cell Site Analysis**: Call Activity/IMEI Data with Cell Site Data Reported for
**707-484-8852 (Silva)** and **559-741-6282 (Huff)** on July 18, 2014 from 6:00 PM to 6:15 PM

68

| ConnDateTime (PDT) | Originating Number | Associated User | Terminating Number | Associated User | IMEI | IMSI | Call Type |
|---|---|---|---|---|---|---|---|
| 7/18/2014 6:00 PM | 15597416282 | HUFF | 15593083484 | | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 6:01 PM | 15597416282 | HUFF | 15592704903 | | 3597210548317910 | 310410703926053 | Voice |
| 7/18/2014 6:02 PM | 18312359024 | | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | Voice |
| 7/18/2014 6:08 PM | 12261030 | AT&T | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 17076230121 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 17075403944 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:08 PM | 17075085630 | | 17074848852 | SILVA | 3597210548317910 | 310410580462930 | SMS |
| 7/18/2014 6:11 PM | 1111301000 | AT&T | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 6:11 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 6:11 PM | 15599401293 | HEFFERMAN | 15597416282 | HUFF | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 6:12 PM | 15597416282 | HUFF | 15593083484 | | 3597210548317910 | 310410703926053 | SMS |
| 7/18/2014 6:15 PM | 15597416282 | HUFF | 18312359024 | | 3597210548317910 | 310410703926053 | Voice |

On 7/18/2014, when cell site activity was recorded for telephone **707-484-8852 (Silva)**, the IMEI associated with telephone **707-484-8852 (Silva)** was reported as IMEI **3597210548317910**, which was the IMEI associated with telephone **559-741-6282 (Huff)**.

Exhibit 127



Exhibit 127

**Historical Cell Site Analysis:** July 1, 2014 to July 31, 2014

70

**Connectivity among** 559-940-1293 (Hefferman), 559-749-1246 (Bueno) & 949-500-2629 (Phipps)

| Adjusted DateTime (PDT) | Originating Number | Associated User | Dialed Number | Terminating Number | Associated User | Duration | Call Type |
|---|---|---|---|---|---|---|---|
| 7/14/2014 12:33:16 PM | 15599401293 | HEFFERMAN | | 19495002629 | PHIPPS | 0:01 | Voicemail |
| 7/14/2014 12:35:03 PM | 15599401293 | HEFFERMAN | | 19495002629 | PHIPPS | 0:00 | Voice |
| 7/16/2014 9:55:36 AM | 15597491246 | BUENO | A6719495002629 | 19495002629 | PHIPPS | 0:19 | Voice |
| 7/16/2014 3:50:27 PM | 15599401293 | HEFFERMAN | A6719495002629 | 19495002629 | PHIPPS | 0:00 | Voice |
| 7/16/2014 3:50:53 PM | 15599401293 | HEFFERMAN | A6719495002629 | 19495002629 | PHIPPS | 0:00 | Voice |
| 7/16/2014 3:52:26 PM | 15599401293 | HEFFERMAN | A6719495002629 | 19495002629 | PHIPPS | 0:51 | Voice |
| 7/17/2014 10:23:23 AM | 15599401293 | HEFFERMAN | A6719495002629 | 19495002629 | PHIPPS | 0:58 | Voice |
| 7/21/2014 12:36:05 PM | 15599401293 | HEFFERMAN | A6719495002629 | 19495002629 | PHIPPS | 1:56 | Voice |

**Telephones** 559-940-1293 (Hefferman) & 559-749-1246 (Bueno) **were in contact with telephone** 949-500-2629 (Phipps) **eight (8) times total in July 2014. Of these contacts, seven (7) occurred between July 14-17, 2014.**

Exhibit 127

HA-00073777

HA-00142412



**Historical Cell Site Analysis:** June 14, 2014 from 12:00 AM to 12:30 PM
**Cell Site Activity for** 559-679-3936 (Wendt), 559-749-1246 (Bueno) & 559-741-6282 (Huff)

**1** CIDs: 42609, 573, 30573
15 contacts
12:00:08 AM – 3:46:36 AM

**2** CID: 3032
9:30:02 AM
9:30:17 AM

**3** CID: 62767
10:23:31 AM

**4** CID: 14997
7 contacts
11:41:02 AM – 12:23:03 PM

**1** CIDs: 42609, 30573, 573, 30579
69 contacts
12:07:01 AM – 7:42:08 AM

**2** CID: 90929
10:17:09 AM

**3** CID: 4239
10:27:00 AM

**4** CIDs: 14997, 14999, 23759
3 contacts
11:21:33 AM – 11:50:06 AM

**1** CID: 4663
2:18:33 AM

**2** CIDs: 30573, 573
5 contacts
2:38:31 AM – 9:04:32 AM

**3** CID: 60084
12:23:50 PM

**4** CIDs: 14997, 23759
7 contacts
12:25:22 PM – 12:29:38 PM

*Not all cell site activity is labeled on this map.*

10 km
10 mi

HA-00142413



**Historical Cell Site Analysis: June 16, 2014 from 12:00 AM to 3:00 PM**

Cell Site Activity for **559-679-3936 (Wendt)**, **559-749-1246 (Bueno)**, **559-741-6282 (Huff)** & **707-484-8852 (Silva)**

**Laconia, NH**

① **CID: 60087**
2:09:20 AM
12:36:25 PM

② **CIDs: 14997, 23759**
9 contacts
2:11:54 AM – 12:08:36 PM

③ **CID: 27856**
3 contacts
2:21:31 AM – 11:47:26 AM

④ **CID: 16499**
12:41:28 PM

① **CIDs: 27856, 27863, 5158**
4 contacts
12:44:41 AM – 4:01:15 AM

② **CIDs: 14997, 23759**
4 contacts
1:42:48 AM – 2:01:38 AM

① **CIDs: 15155, 15158**
7 contacts
1:18:00 AM – 5:28:00 AM

② **CIDs: 15507, 15504, 15509, 15508**
23 contacts
3:20:00 AM – 5:45:00 AM

③ **CIDs: 16497, 16494**
3 contacts
7:33:00 AM – 7:42:00 AM

④ **CIDs: 60084, 60087**
5 contacts
8:17:00 AM – 12:39:00 PM

⑤ **CID: 14997**
36 contacts
12:37:00 PM – 2:50:00 PM

*Not all cell site activity is depicted/labeled on this map.*

① **CIDs: 27856, 27863, 15158, 5158**
38 contacts
12:03:41 AM – 12:05:49 PM

② **CIDs: 23759, 14997, 14999, 14994**
37 contacts
1:02:09 AM – 12:34:17 PM

③ **CIDs: 60084, 60087**
8 contacts
3:30:06 AM – 11:51:58 AM

④ **CIDs: 36815, 15507**
5 contacts
4:04:57 AM – 4:27:39 AM

⑤ **CID: 62161**
12:43:10 PM

● **AT&T Tower**

1 km
1 mi

HA-00142414



**Historical Cell Site Analysis:** June 16, 2014 from 3:45 PM to 5:00 PM

**Cell Site Activity for** 707-484-8852 (Silva)

Manchester-Boston Regional Airport

① CID: 20216
3:51:00 PM

② CID: 21497
4:50:00 PM

AT&T Tower

HA-00142415



**Historical Cell Site Analysis:** June 16, 2014 from 3:30 PM to 5:30 PM
**Cell Site Activity for** 559-679-3936 (Wendt) & 559-741-6282 (Huff)

Lynn, MA

CIDs: 44656, 44655, 30651, 44648, 651
47 contacts
3:30:59 PM – 5:26:09 PM

CID: 44655
13 contacts
3:45:30 PM – 4:12:56 PM

AT&T Tower

HA-00142416



**Historical Cell Site Analysis:** June 16, 2014 from 6:00 PM to 7:45 PM
Cell Site Activity for 559-679-3936 (Wendt), 559-749-1246 (Bueno) & 559-741-6282 (Huff)

Boston Logan International Airport

**1** CID: 77647
6:16:34 PM

**1** CIDs: 23388, 23381, 23387
5 contacts
6:26:21 PM – 7:18:51 PM

**2** CIDs: 61291, 21291, 5158
8 contacts
6:34:36 PM – 6:56:23 PM

**3** CID: 89679
12 contacts
6:54:31 PM – 7:30:12 PM

**1** CIDs: 89679, 89672
7:05:04 PM
7:08:02 PM

● AT&T Tower

HA-00142417



**Historical Cell Site Analysis:** June 17, 2014 from 6:30 PM to 10:30 PM
Cell Site Activity for **559-679-3936 (Wendt)**, **559-741-6282 (Huff)** & **707-849-1008 (Nelson)**

Antioch, CA

**① CIDs: 170078223, 48514, 43684, 170078225, 170078218**
60 contacts
6:42:28 PM – 10:09:29 PM

**② CIDs: 170056975, 42854**
11 contacts
6:49:41 PM – 8:46:22 PM

**① CID: 170056719**
7:19:55 PM

**② CID: 170078223**
7:21:28 PM
7:34:55 PM

**③ CID: 42854**
8:50:06 PM

**① CID: 48435**
7:00:30 PM

**② CIDs: 170078223, 170078225**
4 contacts
7:09:25 PM – 10:12:54 PM

**③ CID: 170072337**
10:17:52 PM

**③ CIDs: 42844, 170056719, 170056721, 49034**
9 contacts
7:11:14 PM – 8:49:00 PM

**④ CID: 170057487**
8:42:18 PM

**⑤ CID: 42746**
10:14:52 PM

**⑥ CID: 48544**
10:15:47 PM

*Not all cell site activity is depicted on this map.*

● **AT&T Tower**

HA-00142418



# AT&T Explanation – Voice Call Detail Records

1

1617254
10/03/2014
SCAMP

**MOBILITY USAGE**
**(with cell location)**



Run Date:        10/04/2014
Run Time:        06:51:05
Voice Usage For: (707)484-8852
Account Number:  436049528414

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 06/01/14 | 17:07 | 0:13 | 0:30 | 17074848852 | 17072283335 | 0128480089379822 APPLE IPHONE4 | 310410580330731 | MO | [NIOR] | [56949/04286:-122.84351:38.61806:210:65.0] |
| 11 | 06/01/14 | 17:08 | 0:04 | 0:55 | 14155954928 | 17074848852 | 0128480089379822 APPLE IPHONE4 | 310410580330731 | MT | [NIOP] | [56949/04286:-122.84351:38.61806:210:65.0] |
| 12 | 06/01/14 | 17:09 | 0:17 | 1:06 | 17074848852 | 17075961138 | 0128480089379822 APPLE IPHONE4 | 310410580330731 | MO | [NIOR] | [56949/04286:-122.84351:38.61806:210:65.0] |
| 13 | 06/01/14 | 17:12 | 0:15 | 2:25 | 17074848852 | 17072916072 | 0128480089379822 APPLE IPHONE4 | 310410580330731 | MO | [NIOR] | [56949/04286:-122.84351:38.61806:210:65.0] |
| 14 | 06/01/14 | 17:20 | 0:20 | 0:00 | 19257522601 12096070210(F) | 17074848852 | 0128480089379822 APPLE IPHONE4 | 310410580330731 | MT | [NIOP:VM:CFNA] | [56949/04283:-122.84351:38.61806:210:65.0] |
| 15 | 06/01/14 | 17:43 | 0:20 | 0:00 | 17072916072 12096070210(F) | 17074848852 | 0128480089379822 APPLE IPHONE4 | 310410580330731 | MT | [NIOP:VM:CFNA] | [56949/28984:-122.72541:38.45121:340:65.0] |
| 16 | 06/01/14 | 18:33 | 0:12 | 0:25 | 17077125011 | 17074848852 | 0128480089379822 APPLE | 310410580330731 | MT | [NIOP] | [56981/03685:-123.01769:38.80376:335:65.0] |

**Row number**

**Length of time that the phone takes to connect the call**

**Duration of the call only MM:SS**

**International Mobile Subscriber Identity (IMSI)**

Subscriber number / identifier

**Type of transaction - Represents the type of call that occurred as recorded in AT&T network**

**Connection Date.  Connection Time.**

The date of the call and the time the call was connected.

Time in UTC time zone and expressed as HH:MM:SS.

**Number placing the call (outgoing calls will show Account number)**

**Number called (incoming calls will show Account number)**

**International Mobile Equipment Identity (IMEI)**

Device identifier

Phone Make
Phone Model

**Call Type – Direction of Call**

MO = Mobile Originating or Outgoing

MT = Mobile Terminating or Incoming

**Cell Site Location Information**

LAC/CID:Longitude:Latitude:Azimuth: Beamwidth.

3G Tower Identifier, Latitude/Longitude of cell tower and sector orientation.

*Lat/Long are provided for the towers at the time the report is generated.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

HA-00142419



# AT&T Explanation – SMS/Text Call Detail Records

2

1617254
10/03/2014
SCAMP

MOBILITY USAGE
(with cell location)



Run Date:        10/04/2014
Run Time:        06:51:37
SMS Usage For:   (707)484-8852
Account Number:  436049528414

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Description | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|-------------|---------------|
| 1 | 06/01/14 | 08:00 | 12261030 | 17074848852 | 0128480089379822 | 310410580330731 | IN | [56949/03373:-122.7205:38.43528:140] |
| 2 | 06/01/14 | 08:04 | 17074848852 | 17075403944 | 0128480089379822 | 310410580330731 | OUT | [56949/03376:-122.7205:38.43528:140] |
| 3 | 06/01/14 | 08:13 | 17075961138 | 17074848852 | 0128480089379822 | 310410580330731 | IN | [56949/03373:-122.7205:38.43528:140] |
| 4 | 06/01/14 | 08:13 | 17074848852 | 17075961138 | 0128480089379822 | 310410580330731 | OUT | [56949/03376:-122.7205:38.43528:140] |
| 5 | 06/01/14 | 08:14 | 17075961138 | 17074848852 | 0128480089379822 | 310410580330731 | IN | [56949/29023:-122.7205:38.43528:140] |
| 6 | 06/01/14 | 08:15 | 17074848852 | 17075961138 | 0128480089379822 | 310410580330731 | OUT | [56949/50156:-122.71426:38.43899:135] |
| 7 | 06/01/14 | 08:17 | 17075961138 | 17074848852 | 0128480089379822 | 310410580330731 | IN | [56949/29023:-122.7205:38.43528:140] |
| 8 | 06/01/14 | 08:20 | 17074848852 | 17075961138 | 0128480089379822 | 310410580330731 | OUT | [56949/28894:-122.7177:38.41379:20] |
| 9 | 06/01/14 | 08:21 | 17075961138 | 17074848852 | 0128480089379822 | 310410580330731 | IN | [56949/03373:-122.7205:38.43528:140] |
| 10 | 06/01/14 | 08:22 | 17075961138 | 17074848852 | 0128480089379822 | 310410580330731 | IN | [56949/03376:-122.7205:38.43528:140] |

Row number

Number sending SMS (outgoing texts will show Account number)

Number receiving SMS (incoming texts will show Account number)

International Mobile Subscriber Identity (IMSI)

Subscriber number / identifier

Connection Date.  Connection Time.

The date of the text message and the time the message was connected.

Time in UTC time zone and expressed as HH:MM:SS.

International Mobile Equipment Identity (IMEI)

Device identifier

Direction of SMS

IN = Incoming Text

OUT = Outgoing Text

Cell Site Location Information

LAC/CID:Longitude:Latitude:Azimuth.

3G Tower Identifier, Latitude/Longitude of cell tower and sector orientation.

*Lat/Long are provided for the towers at the time the report is generated.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

HA-00142420

HA-00142421



# END OF REPORT

THIS PAGE INTENTIONALLY LEFT BLANK.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.**

Exhibit 127

HA-00073778

HA-00142422