ROBERT WAGGENER – SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Ave.
San Francisco, California 94103
Phone:         (415) 431-4500
Fax:           (415) 255-8631
E-Mail:        rwlaw@mindspring.com

MARCIA ANN MORRISSEY – SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
1140 W. Olympic Blvd., STE 1500
Los Angeles, California 90064
Phone:         (310) 399-3259
Fax:           (310) 392-9029
E-mail:        morrisseyma@aol.com

Attorneys for Defendant
RUSSELL TAYLOR OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 17 533 EMC |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT RUSSELL TAYLOR OTT'S WITNESS LIST |
| RUSSELL TAYLOR OTT, | |
| Defendant. | |

Defendant RUSSELL TAYLOR OTT, by and through his counsel of record, hereby files his

Witness List, which may be supplemented as necessary:

//

//

DEFENDANT RUSSELL TAYLOR OTT'S WITNESS LIST - 1

**RUSSELL TAYLOR OTT'S WITNESS LIST**

**Name of Witness**

1. David Bryden

Dated: May 25, 2022                                   Respectfully submitted,


/s/ Robert Waggener
ROBERT WAGGENER
Attorney for Defendant
RUSSELL TAYLOR OTT

DEFENDANT RUSSELL TAYLOR OTT'S WITNESS LIST - 2