# *EXHIBIT A*

# Sample Cell Towers



Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or In Part is Prohibited.

Exhibit 127

HA-00073710

HA-00142345