ROBERT WAGGENER – SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Ave.
San Francisco, California 94103
Phone:          (415) 431-4500
Fax:            (415) 255-8631
E-Mail:         rwlaw@mindspring.com

MARCIA ANN MORRISSEY – SBN: 66921
LAW OFFICE OF MARCIA ANN MORRISSEY
1140 W. Olympic Blvd., STE 1500
Los Angeles, California 90064
Phone:          (310) 399-3259
Fax:            (310) 392-9029
E-mail:         morrisseyma@aol.com

Attorneys for Defendant
RUSSELL TAYLOR OTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL TAYLOR OTT,<br><br>　　　　　　Defendant. | Case No.: CR 17 533 EMC<br><br>DEFENDANT RUSSELL TAYLOR OTT'S SUPPLEMENTAL WITNESS LIST |

Defendant RUSSELL TAYLOR OTT, by and through his counsel of record, hereby files his Supplemental Witness List, which may be supplemented as necessary:

//

//

DEFENDANT RUSSELL TAYLOR OTT'S SUPPLEMENTAL WITNESS LIST - 1

**RUSSELL TAYLOR OTT'S SUPPLEMENTAL WITNESS LIST**

**Name of Witness**

1. Tim O'Brien

2. Rob Beegle

3. Santa Rosa Police Department Lieutenant Kyle Philp

Dated: June 3, 2022                                     Respectfully submitted,

                                                      /s/ Robert Waggener
                                                      ROBERT WAGGENER
                                                      Attorney for Defendant
                                                      RUSSELL TAYLOR OTT